<b><u>IN THE UNITED STATES BANKRUPTCY COURT<br>
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA</u></b>

| | |
|---|---|
| **IN RE:** Michael E. Markle<br>Dora L. Markle<br><br>**Debtor(s)** | **BK NO. 17-02795 HWV**<br><br>**Chapter 11** |

<b><u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u></b>

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                  Respectfully submitted,

                  **<u>/s/ James C. Warmbrodt, Esquire</u>**
                  James C. Warmbrodt, Esquire
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA  19106
                  412-430-3594