```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 17-02795-HWV
Michael E. Markle                                                       Chapter 11
Dora L. Markle
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 2              Date Rcvd: Jul 20, 2017
                              Form ID: 309E              Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2017.
```
db/jdb         +Michael E. Markle,    Dora L. Markle,    1071 E. River Drive,    Wrightsville, PA 17368-1360
aty            +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
4942142        +1st National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
4942149       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Home Depot,    P.O. Box 182676,    Columbus, OH 43218-2676)
4942146         Chase Card,    P.O. Box 16123,    Wilmington, DE 19850
4942148         Global Connections Inc.,    c/o Processing Center,    P.O. Box 5096,    Chicago, IL 60680-5096
4942152         Lowes American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
4942940        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4942155         Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA 17108-0946
4942156         S&T Bank,    P.O. Box 469,    Indiana, PA 15701-0469
4942159        +Tucker-Belle, LLC,    3877 Gamber Road,    Finksburg, MD 21048-2518
4942161        +Wellspan,    1001 S. George Street,    York, PA 17403-3676
4942162        +York County Tax Claim Bureau,    28 East Market Street, Room 105,    York, PA 17401-1587
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: cdiehl@cadiehllaw.com Jul 20 2017 18:52:16      Craig A. Diehl,   3464 Trindle Road,
                 Camp Hill, PA 17011-4436
smg             EDI: IRS.COM Jul 20 2017 18:48:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jul 20 2017 18:53:01     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4942143         EDI: CAPITALONE.COM Jul 20 2017 18:48:00      Capital One,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
4942144         EDI: CAPITALONE.COM Jul 20 2017 18:48:00      Capital One Bank,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
4942145         EDI: RMSC.COM Jul 20 2017 18:48:00      Care Credit,    Attn: Synchrony Financial,
                 P.O. Box 960061,    Orlando, FL 32896-0061
4942147         E-mail/Text: bankruptcy.bnc@ditech.com Jul 20 2017 18:52:58      Ditech,   P.O. Box 94710,
                 Palatine, IL 60094-4710
4942150        +E-mail/Text: bankruptcy@huntington.com Jul 20 2017 18:53:00      Huntington Bank,
                 2361 Morse Road,    Columbus, OH 43229-5891
4942153         EDI: RMSC.COM Jul 20 2017 18:48:00      Lowes Business Account,    P.O. Box 530970,
                 Atlanta, GA 30353-0970
4942154        +E-mail/Text: unger@members1st.org Jul 20 2017 18:53:14      Members 1st Credit Union,
                 5000 Louise Drive,    Mechanicsburg, PA 17055-4899
4943099        +EDI: RMSC.COM Jul 20 2017 18:48:00      SYNCHRONY BANK,    C/O PRA RECEIVABLES MNGMT LLC,
                 PO BOX 41021,    NORFOLK, VA 23541-1021
4942157        +EDI: RMSC.COM Jul 20 2017 18:48:00      Sam's Club Mastercard,    P.O. Box 960013,
                 Orlando, FL 32896-0013
4942158        +E-mail/Text: nyrobankruptcy@sec.gov Jul 20 2017 18:53:02     Securities and Exchange Commission,
                 3 World Financial Center,    New York, NY 10281-1022
4942160         EDI: WFFC.COM Jul 20 2017 18:48:00      Wells Fargo,    P.O. Box 11701,    Newark, NJ 07101-4701
                                                                                              TOTAL: 14

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4942151*        Internal Revenue Service,    Bankruptcy Section,    P.O. Box 628,    Pittsburgh, PA 15230
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                              Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2017 at the address(es) listed below:

```
          Craig A. Diehl    on behalf of Joint Debtor Dora L. Markle cdiehl@cadiehllaw.com,
           jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
          Craig A. Diehl    on behalf of Debtor Michael E. Markle cdiehl@cadiehllaw.com,
           jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael E. Markle** | Social Security number or ITIN | xxx–xx–0543 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Dora L. Markle** | Social Security number or ITIN | xxx–xx–4424 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | Date case filed for chapter 11 | July 6, 2017 |
| Case number: | **1:17–bk–02795–HWV** | | |

Official Form 309E (For Individuals or Joint Debtors)

# Notice of Chapter 11 Bankruptcy Case    12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael E. Markle | Dora L. Markle |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1071 E. River Drive<br>Wrightsville, PA 17368 | 1071 E. River Drive<br>Wrightsville, PA 17368 |
| 4. | **Debtor's attorney**<br>Name and address | Craig A. Diehl<br>3464 Trindle Road<br>Camp Hill, PA 17011–4436 | Contact phone 717 763–7613<br>Email: cdiehl@cadiehllaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone  (717) 901–2800<br><br>Date: July 20, 2017 |

**For more information, see page 2 >**

Official Form 309E (For Individuals or Joint Debtors)    **Notice of Chapter 11 Bankruptcy Case**    page 1

Debtor **Michael E. Markle** and **Dora L. Markle**  Case number **1:17−bk−02795−HWV**

| 6. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 10, 2017 at 02:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** Valid photo identification and proof of social security number are required *** | Location: **Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
|---|---|---|---|
| 7. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints: October 10, 2017** |
|   |   | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice. |
|   |   | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |