| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **E.** | **Markle** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Dora** | **L.** | **Markle** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | 1:17-bk-02795 | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders   12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:  List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | | | **Unsecured claim** |
|---|---|---|---|---|
| **1** | **1st National Bank** **4140 E. State Street** **Hermitage, PA 16148** Contact Contact phone | What is the nature of the claim? As of the date you file, the claim is: Check all that apply ■ Contingent ■ Unliquidated ☐ Disputed ☐ None of the above apply Does the creditor have a lien on your property? ☐ No ■ Yes. Total claim (secured and unsecured) Value of security: Unsecured claim | Personal Guarantee Midor Properties, LLC Secured By: 28 East Jackson Street 1008 North George Street 538 Madison Avenue 201-203 East Chestnut S | $ $162,984.65 $ $162,984.65 - $ $327,134.00 $ $162,984.65 |
| **2** | **1st National Bank** **4140 E. State Street** | What is the nature of the claim? | Personal Guarantee Midor Properties, LLC | $ $33,500.00 |

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Michael E. Markle** | | |
|---|---|---|---|
| Debtor 2 | **Dora L. Markle** | Case number *(if known)* | **1:17-bk-02795** |

**Hermitage, PA 16148**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact
Contact phone

---

**3**

**Home Depot**
**P.O. Box 182676**
**Columbus, OH 43218-2676**

**What is the nature of the claim?**   Credit Card Purchases   $ **$9,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $ _____
  - Value of security:   - $ _____
  - Unsecured claim   $ _____

Contact
Contact phone

---

**4**

**Huntington Bank**
**2361 Morse Road**
**Columbus, OH 43229**

**What is the nature of the claim?**   2017 Dodge Ram 6,000 miles Excellent Condition   $ **$15,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)   $ **$45,000.00**
  - Value of security:   - $ **$30,000.00**
  - Unsecured claim   $ **$15,000.00**

Contact
Contact phone

---

**5**

**Lowes American Express**
**P.O. Box 1270**
**Newark, NJ 07101-1270**

**What is the nature of the claim?**   Personal Guarantee Midor Properties, LLC   $ **$11,838.27**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 1:17-bk-02795-HWV   Doc 20   Filed 08/03/17   Entered 08/03/17 16:41:48   Desc
Main Document   Page 2 of 7

| Debtor 1 | **Michael E. Markle** | | |
|---|---|---|---|
| Debtor 2 | **Dora L. Markle** | Case number *(if known)* | **1:17-bk-02795** |

**Does the creditor have a lien on your property?**

☒ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____
Contact phone _____

---

**6**

**Lowes American Express**
**P.O. Box 1270**
**Newark, NJ 07101-1270**

**What is the nature of the claim?** **Credit Card Purchases** $ **$11,838.27**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____
Contact phone _____

---

**7**

**Lowes Business Account**
**P.O. Box 530970**
**Atlanta, GA 30353-0970**

**What is the nature of the claim?** **Credit Card Purchases** $ **$27,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Unsecured claim $ _____

Contact _____
Contact phone _____

---

**8**

**Members 1st Credit Union**
**5000 Louise Drive**
**Mechanicsburg, PA 17055**

**What is the nature of the claim?** **1001 E. River Drive** $ **$31,337.00**
**Wrightsville, PA 17368**
**York County**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☒ Yes. Total claim (secured and unsecured) $ **$107,000.00**
Value of security: - $ **$75,663.00**
Unsecured claim $ **$31,337.00**

Contact _____
Contact phone _____

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 1:17-bk-02795-HWV    Doc 20    Filed 08/03/17    Entered 08/03/17 16:41:48    Desc
Main Document    Page 3 of 7

| Debtor 1 | Michael E. Markle | | Case number *(if known)* | 1:17-bk-02795 |
|---|---|---|---|---|
| Debtor 2 | Dora L. Markle | | | |

| 9 | | What is the nature of the claim? | 113 N. West Street York, PA 17401 York County | $ $24,971.00 |
|---|---|---|---|---|
| | **Members 1st Credit Union 5000 Louise Drive Mechanicsburg, PA 17055** | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | | |
| | | **Does the creditor have a lien on your property?**<br>☐ No<br>■ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | | $ $60,000.00<br>- $ $35,029.00<br>$ $24,971.00 |
| | Contact<br>Contact phone | | | |

| 10 | | What is the nature of the claim? | **Personal Guarantee Midor Properties, LLC** | $ $24,500.00 |
|---|---|---|---|---|
| | **Members 1st Credit Union 5000 Louise Drive Mechanicsburg, PA 17055** | **As of the date you file, the claim is:** Check all that apply<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>☐ None of the above apply | | |
| | | **Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | | $<br>- $<br>$ |
| | Contact<br>Contact phone | | | |

| 11 | | What is the nature of the claim? | **Personal Guarantee Midor Properties, LLC** | $ $52,400.00 |
|---|---|---|---|---|
| | **Members 1st Credit Union 5000 Louise Drive Mechanicsburg, PA 17055** | **As of the date you file, the claim is:** Check all that apply<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br>☐ None of the above apply | | |
| | | **Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | | $<br>- $<br>$ |
| | Contact<br>Contact phone | | | |

| 12 | | What is the nature of the claim? | **Personal Guarantee Midor Properties, LLC** | $ $47,300.00 |
|---|---|---|---|---|
| | **Members 1st Credit Union 5000 Louise Drive Mechanicsburg, PA 17055** | **As of the date you file, the claim is:** Check all that apply<br>■ Contingent<br>Unliquidated | | |

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 4

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1:17-bk-02795-HWV    Doc 20    Filed 08/03/17    Entered 08/03/17 16:41:48    Desc
Main Document    Page 4 of 7

| Debtor 1 | **Michael E. Markle** | | Case number *(if known)* | **1:17-bk-02795** |
|---|---|---|---|---|
| Debtor 2 | **Dora L. Markle** | | | |

■
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)       $ _____
    Value of security:                          - $ _____
    Unsecured claim                               $ _____

Contact _____
Contact phone _____

---

**13**

**Members 1st Credit Union**
**5000 Louise Drive**
**Mechanicsburg, PA 17055**

**What is the nature of the claim?**   **257 N. Queen Street York, PA 17403  York County**   $ **$11,500.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)       $ **$57,500.00**
    Value of security:                          - $ **$46,000.00**
    Unsecured claim                               $ **$11,500.00**

Contact _____
Contact phone _____

---

**14**

**Members 1st Credit Union**
**5000 Louise Drive**
**Mechanicsburg, PA 17055**

**What is the nature of the claim?**   **Credit Card Purchases**   $ **$24,500.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)       $ _____
    Value of security:                          - $ _____
    Unsecured claim                               $ _____

Contact _____
Contact phone _____

---

**15**

**Members 1st Credit Union**
**5000 Louise Drive**
**Mechanicsburg, PA 17055**

**What is the nature of the claim?**   **215 E. Chestnut Street York, PA 17403  York County**   $ **$21,516.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 5

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 1:17-bk-02795-HWV   Doc 20   Filed 08/03/17   Entered 08/03/17 16:41:48   Desc
Main Document   Page 5 of 7

| Debtor 1 | **Michael E. Markle** | | Case number *(if known)* | **1:17-bk-02795** |
|---|---|---|---|---|
| Debtor 2 | **Dora L. Markle** | | | |

| | | | | | |
|---|---|---|---|---|---|
| Contact | | ■ | Yes. Total claim (secured and unsecured) | $ | **$37,700.00** |
| | | | Value of security: | - $ | **$16,184.00** |
| Contact phone | | | Unsecured claim | $ | **$21,516.00** |

| **16** | | **What is the nature of the claim?** | **737 E. Philadelphia Street York, PA 17401 York County** | $ **$13,451.00** |
|---|---|---|---|---|

**S&T Bank**
**P.O. Box 469**
**Indiana, PA 15701-0469**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No

| Contact | ■ | Yes. Total claim (secured and unsecured) | $ | **$41,000.00** |
|---|---|---|---|---|
| | | Value of security: | - $ | **$27,549.00** |
| Contact phone | | Unsecured claim | $ | **$13,451.00** |

| **17** | | **What is the nature of the claim?** | **Personal Guarantee Midor Properties, LLC** | $ **$36,800.00** |
|---|---|---|---|---|

**S&T Bank**
**P.O. Box 469**
**Indiana, PA 15701-0469**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No

| Contact | ☐ | Yes. Total claim (secured and unsecured) | $ | |
|---|---|---|---|---|
| | | Value of security: | - $ | |
| Contact phone | | Unsecured claim | $ | |

| **18** | | **What is the nature of the claim?** | **1071 E. River Drive Wrightsville, PA 17368 York County Personal Residence** | $ **$29,013.86** |
|---|---|---|---|---|

**S&T Bank**
**P.O. Box 469**
**Indiana, PA 15701-0469**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No

| Contact | ■ | Yes. Total claim (secured and unsecured) | $ | **$125,000.00** |
|---|---|---|---|---|
| | | Value of security: | - $ | **$253,000.00** |

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 6

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1:17-bk-02795-HWV    Doc 20    Filed 08/03/17    Entered 08/03/17 16:41:48    Desc Main Document     Page 6 of 7

| Debtor 1 | **Michael E. Markle** | | Case number *(if known)* | **1:17-bk-02795** |
|---|---|---|---|---|
| Debtor 2 | **Dora L. Markle** | | | |

Contact phone              Unsecured claim              $ $29,013.86

### 19

**York County Tax Claim Bureau**
**28 East Market Street, Room 105**
**York, PA 17401**

**What is the nature of the claim?**   **Past Due Real Estate Taxes**   $ **$13,943.56**
**201-203 E. Chestnut Street**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $
Unsecured claim   $

Contact
Contact phone

### 20

**York County Tax Claim Bureau**
**28 East Market Street, Room 105**
**York, PA 17401**

**What is the nature of the claim?**   **Past Due Real Estate Taxes**   $ **$13,478.26**
**538 Madison Avenue**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)   $
Value of security:   - $
Unsecured claim   $

Contact
Contact phone

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Michael E. Markle**                                    X  **/s/ Dora L. Markle**
   **Michael E. Markle**                                           **Dora L. Markle**
   Signature of Debtor 1                                           Signature of Debtor 2

   Date  **August 3, 2017**                                     Date  **August 3, 2017**

B 104 (Official Form 104)         For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         Page 7

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Case 1:17-bk-02795-HWV    Doc 20    Filed 08/03/17    Entered 08/03/17 16:41:48    Desc
Main Document     Page 7 of 7