## Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Michael E. Markle** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Dora L. Markle** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:17-bk-02795** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B....................................................... | $   892,920.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $   118,606.49 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $   1,011,526.49 |

### Part 2:   Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $   1,279,298.51 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $   15,841.35 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $   395,841.76 |
| **Your total liabilities** | $   1,690,981.62 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................... | $   13,600.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $   11,402.00 |

### Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or
household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to
the court with your other schedules.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael E. Markle** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dora L. Markle** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | 1:17-bk-02795 | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

### 1.1

**1001 E. River Drive**
Street address, if available, or other description

**Wrightsville**      **PA**      **17368-0000**
City            State         ZIP Code

**York**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $75,663.00 | $75,663.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

Case 1:17-bk-02795-HWV    Doc 21    Filed 08/03/17    Entered 08/03/17 16:51:24    Desc
Main Document    Page 3 of 60

**1.2**

### If you own or have more than one, list here:

**1071 E. River Drive**

Street address, if available, or other description

| | |
|---|---|
| **Wrightsville**    **PA**    **17368-0000** | |
| City     State     ZIP Code | |

**York**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Personal Residence**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$253,000.00** | **$253,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

**1.3**

### If you own or have more than one, list here:

**28 E. Jackson Street**

Street address, if available, or other description

| | |
|---|---|
| **York**    **PA**    **17401-0000** | |
| City     State     ZIP Code | |

**York**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$44,968.00** | **$44,968.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ **Check if this is community property** (see instructions)

---

Case 1:17-bk-02795-HWV    Doc 21    Filed 08/03/17    Entered 08/03/17 16:51:24    Desc
Main Document    Page 4 of 60

**1.4** **If you own or have more than one, list here:**

**113 N. West Street**

Street address, if available, or other description

| York | PA | 17401-0000 |
|---|---|---|
| City | State | ZIP Code |

**York**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$35,029.00** | **$35,029.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.5** **If you own or have more than one, list here:**

**155 W. King Street**

Street address, if available, or other description

| York | PA | 17401-0000 |
|---|---|---|
| City | State | ZIP Code |

**York**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$27,247.00** | **$27,247.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

**If you own or have more than one, list here:**

1.6

**201-203 E. Chestnut Street**

Street address, if available, or other description

| **York** | **PA** | **17403-0000** |
|---|---|---|
| City | State | ZIP Code |

**York**

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other    **Commercial Property**

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Estimated Value**
**CMA Forthcoming**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$80,000.00** | **$80,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.7

**215 E. Chestnut Street**

Street address, if available, or other description

| **York** | **PA** | **17403-0000** |
|---|---|---|
| City | State | ZIP Code |

**York**

County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$16,184.00** | **$16,184.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

1.8 **If you own or have more than one, list here:**

**242 W. Maple Street**
Street address, if available, or other description

| York | PA | 17401-0000 |
| City | State | ZIP Code |

**York**
County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $58,000.00

**Current value of the portion you own?** $58,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

---

1.9 **If you own or have more than one, list here:**

**257 N. Queen Street**
Street address, if available, or other description

| York | PA | 17403-0000 |
| City | State | ZIP Code |

**York**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $46,000.00

**Current value of the portion you own?** $46,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property** (see instructions)

**If you own or have more than one, list here:**

1.1
0

**303 E. Cottage Place**

Street address, if available, or other description

| **York** | **PA** | **17401-0000** |
|---|---|---|
| City | State | ZIP Code |

**York**

County

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$29,880.00** | **$29,880.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.1
1

**538 Madison Avenue**

Street address, if available, or other description

| **York** | **PA** | **17404-0000** |
|---|---|---|
| City | State | ZIP Code |

**York**

County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$72,286.00** | **$72,286.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

Case 1:17-bk-02795-HWV    Doc 21    Filed 08/03/17    Entered 08/03/17 16:51:24    Desc
Main Document     Page 8 of 60

**If you own or have more than one, list here:**

1.1
2

**737 E. Philadelphia Street**
Street address, if available, or other description

**York**        **PA**    **17401-0000**
City            State    ZIP Code

**York**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$27,549.00** | **$27,549.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.1
3

**836 Fern Place**
Street address, if available, or other description

**York**        **PA**    **17404-0000**
City            State    ZIP Code

**York**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$21,298.00** | **$21,298.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

**1.1
4**

**If you own or have more than one, list here:**

**907 E. Princess Street**
Street address, if available, or other description

**York**            **PA**    **17401-0000**
City            State    ZIP Code

**York**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $51,816.00 | $51,816.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

**1.1
5**

**If you own or have more than one, list here:**

**1008 N. George Street**
Street address, if available, or other description

**York**            **PA**    **17404-0000**
City            State    ZIP Code

**York**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $54,000.00 | $54,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.......................................................................=>**

| $892,920.00 |
|---|

**Part 2:**  **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: | **Jeep** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|

3.1  Make: **Jeep**

Model: **Renegade**

Year: **2015**

Approximate mileage: **28,000**

Other information:

**Very Good Condition**

Who has an interest in the property? Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?     Current value of the portion you own?

**$18,000.00**                **$18,000.00**

3.2  Make: **Dodge**

Model: **Ram**

Year: **2017**

Approximate mileage: **6,000**

Other information:

**Excellent Condition**

Who has an interest in the property? Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?     Current value of the portion you own?

**$30,000.00**                **$30,000.00**

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No

■ Yes

4.1  Make: **Shamrock**

Model: **Camper**

Year: **2011**

Other information:

**Fair Condition**

Who has an interest in the property? Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?     Current value of the portion you own?

**$8,000.00**                 **$8,000.00**

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................................=>

**$56,000.00**

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

**Three (3) Furnished Bedrooms**
**Two (2) Furnished Bathrooms**
**Furnished Den**
**Two (2) Furnished Offices**
**Assorted Wall Decor**

**$8,500.00**

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| Two (2) Televisions<br>Two (2) Laptop Computers<br>Camera | $1,500.00 |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes. Describe.....

| Beatles Record Collection | $2,000.00 |

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| Casual and Business Wearing Apparel | $1,500.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| Engagement Ring<br>Wedding Band<br>Misc. Rings and Earrings | $2,000.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .......................................................... | $15,500.00 |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes.......................................................................................................................

| | |
|---|---|
| Cash | $100.00 |

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes.......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **Checking** | **1st National Bank** **Account No. xxx2340** | $24.12 |
| 17.2. | **Credit Union** | **Members 1st Federal Credit Union** **Account No. xxx002** | $5.00 |
| 17.3. | **Checking** | **S&T Bank** **Account No. xxx5988** | $2,000.00 |
| 17.4. | **Credit Union** | **Members 1st Federal Credit Union** **Account No. xxx002** | $108.95 |
| 17.5. | **Credit Union** | **Members 1st Federal Credit Union** **Account No. xxx002** | $18,868.42 |

**18. Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................. Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
■ No
☐ Yes. Give specific information about them....................
Name of entity: % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

**21. Retirement or pension accounts**
Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
■ No
☐ Yes. List each account separately.
Type of account: Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. ..................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No
☐ Yes. Name the insurance company of each policy and list its value.

Company name:                     Beneficiary:                     Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

    | **$21,106.49** |
    |---|

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes.  Go to line 38.

                                                                          **Current value of the portion you own?**
                                                                          Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ■ No
    ☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ■ Yes.  Describe.....

    | **Two (2) Desktop Computers**<br>**Printer**<br>**Phones**<br>**Office Desk** | **$1,000.00** |
    |---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ■ No
    ☐ Yes.  Describe.....

41. **Inventory**
    ■ No
    ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
    ☐ No
    ■ Yes.  Give specific information about them...................
                   Name of entity:                                        % of ownership:

| | | | |
|---|---|---|---|
| **141-147 W. Market Street, LP**<br>**No Equity Based on Liquidation Value** | **25** | % | **$0.00** |
| **Midor Properties, LLC**<br>**Pending Chapter 11 Bankruptcy**<br>**No Equity Based on Liquidation Value** | **100** | % | **$0.00** |
| **Midor Property Management, LLC** | **100** | % | **$25,000.00** |

43. **Customer lists, mailing lists, or other compilations**
   ■ No.
   ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ■ No
   ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
   ■ No
   ☐ Yes. Give specific information.........

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here................................................................................................................

| |
|---|
| **$26,000.00** |

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ....................................

| |
|---|
| **$0.00** |

| Part 8: | List the Totals of Each Part of this Form | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................... | | $892,920.00 |
| 56. | **Part 2: Total vehicles, line 5** | $56,000.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $15,500.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $21,106.49 | |
| 59. | **Part 5: Total business-related property, line 45** | $26,000.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | +    $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $118,606.49 | Copy personal property total    $118,606.49 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $1,011,526.49 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael E. Markle** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Dora L. Markle** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 1:17-bk-02795 |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Three (3) Furnished Bedrooms Two (2) Furnished Bathrooms Furnished Den Two (2) Furnished Offices Assorted Wall Decor**<br>Line from *Schedule A/B*: **6.1** | $8,500.00 | ☑ $8,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Two (2) Televisions Two (2) Laptop Computers Camera**<br>Line from *Schedule A/B*: **7.1** | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Beatles Record Collection**<br>Line from *Schedule A/B*: **8.1** | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Casual and Business Wearing Apparel**<br>Line from *Schedule A/B*: **11.1** | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Engagement Ring Wedding Band Misc. Rings and Earrings**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Michael E. Markle** | | | |
|---|---|---|---|---|
| Debtor 2 | **Dora L. Markle** | | Case number (if known) | **1:17-bk-02795** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $100.00 | ■ | $100.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: 1st National Bank**<br>**Account No. xxx2340**<br>Line from *Schedule A/B*: **17.1** | $24.12 | ■ | $24.12 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Credit Union: Members 1st Federal**<br>**Credit Union**<br>**Account No. xxx002**<br>Line from *Schedule A/B*: **17.2** | $5.00 | ■ | $5.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Checking: S&T Bank**<br>**Account No. xxx5988**<br>Line from *Schedule A/B*: **17.3** | $2,000.00 | ■ | $2,000.00 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Credit Union: Members 1st Federal**<br>**Credit Union**<br>**Account No. xxx002**<br>Line from *Schedule A/B*: **17.4** | $108.95 | ■ | $108.95 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Credit Union: Members 1st Federal**<br>**Credit Union**<br>**Account No. xxx002**<br>Line from *Schedule A/B*: **17.5** | $18,868.42 | ■ | $18,868.42 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Two (2) Desktop Computers**<br>**Printer**<br>**Phones**<br>**Office Desk**<br>Line from *Schedule A/B*: **39.1** | $1,000.00 | ■ | $1,000.00 | **11 U.S.C. § 522(d)(6)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Midor Property Management, LLC**<br>**100 % ownership**<br>Line from *Schedule A/B*: **42.3** | $25,000.00 | ■ | $5,093.51 | **11 U.S.C. § 522(d)(5)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael E. Markle** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Dora L. Markle** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:17-bk-02795** |
| (if known) | |

☐ Check if this is an
    amended filing

Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

| 2.1 | **1st National Bank** |
|---|---|

Creditor's Name

**4140 E. State Street<br>Hermitage, PA 16148**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Describe the property that secures the claim:**

**28 E. Jackson Street York, PA 17401<br>York County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Column A | Column B | Column C |
|---|---|---|
| $34,000.00 | $44,968.00 | $0.00 |

Date debt was incurred    **10/01/2009**      Last 4 digits of account number    **0550**

| 2.2 | **1st National Bank** |
|---|---|

Creditor's Name

**4140 E. State Street<br>Hermitage, PA 16148**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Describe the property that secures the claim:**

**836 Fern Place York, PA 17404  York<br>County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| Column A | Column B | Column C |
|---|---|---|
| $29,000.00 | $21,298.00 | $7,702.00 |

Date debt was incurred    **7/1/2010**      Last 4 digits of account number    **3350**

| 2.3 | **1st National Bank** | Describe the property that secures the claim: | **$162,984.65** | **$327,134.00** | **$162,984.65** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**Personal Guarantee
Midor Properties, LLC
Secured By:
28 East Jackson Street
1008 North George Street
538 Madison Avenue
201-203 East Chestnut Street
303 East Cottage Place
257 North Queen Street**

**4140 E. State Street
Hermitage, PA 16148**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

■ Contingent

■ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   **2012**          Last 4 digits of account number   **1095**

---

| 2.4 | **Ditech** | Describe the property that secures the claim: | **$58,000.00** | **$54,000.00** | **$4,000.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**1008 N. George Street York, PA
17404  York County**

**P.O. Box 94710
Palatine, IL 60094-4710**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   **9/1/2007**          Last 4 digits of account number   **6806**

---

| 2.5 | **Huntington Bank** | Describe the property that secures the claim: | **$45,000.00** | **$30,000.00** | **$15,000.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**2017 Dodge Ram 6,000 miles
Excellent Condition**

**2361 Morse Road
Columbus, OH 43229**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 8

| Debtor 1 | **Michael E. Markle** | | | Case number (if know) | **1:17-bk-02795** |
|---|---|---|---|---|---|

First Name    Middle Name    Last Name

Debtor 2    **Dora L. Markle**

First Name    Middle Name    Last Name

☐ Check if this claim relates to a
   community debt

☐ Other (including a right to offset) _____

Date debt was incurred    **2016**    Last 4 digits of account number    **4709**

---

| 2.6 | **M&T Bank** | Describe the property that secures the claim: | **$13,000.00** | **$8,000.00** | **$5,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**2011 Shamrock Camper
Fair Condition**

**P.O. Box 64679
Baltimore, MD
21264-4679**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that
apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2017**    Last 4 digits of account number    _____

---

| 2.7 | **Members 1st Credit Union** | Describe the property that secures the claim: | **$24,000.00** | **$18,000.00** | **$6,000.00** |
|---|---|---|---|---|---|

Creditor's Name

**2015 Jeep Renegade 28,000 miles
Very Good Condition**

**5000 Louise Drive
Mechanicsburg, PA
17055**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that
apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **08/2015**    Last 4 digits of account number    **8500**

---

| 2.8 | **Members 1st Credit Union** | Describe the property that secures the claim: | **$107,000.00** | **$75,663.00** | **$31,337.00** |
|---|---|---|---|---|---|

Creditor's Name

**1001 E. River Drive Wrightsville, PA
17368  York County**

**5000 Louise Drive
Mechanicsburg, PA
17055**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that
apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Michael E. Markle** | | | Case number (if know) | **1:17-bk-02795** | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |
| Debtor 2 | **Dora L. Markle** | | | | | |
| | First Name | Middle Name | Last Name | | | |

☐ **Check if this claim relates to a community debt**    ☐ Other (including a right to offset) _____

Date debt was incurred  **8/1/2011**    Last 4 digits of account number  **6512**

---

| 2.9 | **Members 1st Credit Union** | | |
|---|---|---|---|
| | Creditor's Name | | |

**5000 Louise Drive Mechanicsburg, PA 17055**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Describe the property that secures the claim:

**113 N. West Street York, PA 17401 York County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| $60,000.00 | $35,029.00 | $24,971.00 |
|---|---|---|

Date debt was incurred  **12/19/2007**    Last 4 digits of account number  **6501**

---

| 2.10 | **Members 1st Credit Union** | | |
|---|---|---|---|
| | Creditor's Name | | |

**5000 Louise Drive Mechanicsburg, PA 17055**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Describe the property that secures the claim:

**201-203 E. Chestnut Street York, PA 17403  York County Estimated Value CMA Forthcoming**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

| $85,600.00 | $80,000.00 | $5,600.00 |
|---|---|---|

Date debt was incurred  **7/9/2007**    Last 4 digits of account number  **6510**

---

| 2.11 | **Members 1st Credit Union** | | |
|---|---|---|---|
| | Creditor's Name | | |

**5000 Louise Drive Mechanicsburg, PA 17055**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only

Describe the property that secures the claim:

**215 E. Chestnut Street York, PA 17403  York County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)

| $37,700.00 | $16,184.00 | $21,516.00 |
|---|---|---|

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 8

| Debtor 1 | **Michael E. Markle** | | | Case number (if know) | **1:17-bk-02795** |
|---|---|---|---|---|---|

| Debtor 1 | **Michael E. Markle** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dora L. Markle** | | |
| | First Name | Middle Name | Last Name |

Case number (if know) **1:17-bk-02795**

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **1/8/2008**      Last 4 digits of account number **6502**

---

| 2.1 2 | **Members 1st Credit Union** | Describe the property that secures the claim: | $52,000.00 | $58,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**5000 Louise Drive Mechanicsburg, PA 17055**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Describe the property that secures the claim:
**242 W. Maple Street York, PA 17401 York County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **3/21/2008**      Last 4 digits of account number **6504**

---

| 2.1 3 | **Members 1st Credit Union** | Describe the property that secures the claim: | $57,500.00 | $46,000.00 | $11,500.00 |
|---|---|---|---|---|---|

Creditor's Name

**5000 Louise Drive Mechanicsburg, PA 17055**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Describe the property that secures the claim:
**257 N. Queen Street York, PA 17403 York County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **10/01/2008**      Last 4 digits of account number **6508**

---

| 2.1 4 | **Members 1st Credit Union** | Describe the property that secures the claim: | $80,000.00 | $72,286.00 | $7,714.00 |
|---|---|---|---|---|---|

Creditor's Name

**5000 Louise Drive Mechanicsburg, PA 17055**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

Describe the property that secures the claim:
**538 Madison Avenue York, PA 17404  York County**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

---

| Debtor 1 | **Michael E. Markle** | | | Case number (if know) | **1:17-bk-02795** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Dora L. Markle** | | | | |
| | First Name | Middle Name | Last Name | | |

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **1/1/2009**     Last 4 digits of account number **6509**

---

| 2.15 | **Members 1st Credit Union** | Describe the property that secures the claim: | $49,500.00 | $51,816.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**5000 Louise Drive Mechanicsburg, PA 17055**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**907 E. Princess Street York, PA 17401 York County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **4/1/2009**     Last 4 digits of account number **6511**

---

| 2.16 | **S&T Bank** | Describe the property that secures the claim: | $125,000.00 | $253,000.00 | $29,013.86 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 469 Indiana, PA 15701-0469**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**1071 E. River Drive Wrightsville, PA 17368 York County Personal Residence**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **5/8/2007**     Last 4 digits of account number **1401**

---

| 2.17 | **S&T Bank** | Describe the property that secures the claim: | $37,000.00 | $29,880.00 | $7,120.00 |
|---|---|---|---|---|---|

Creditor's Name

**P.O. Box 469 Indiana, PA 15701-0469**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**303 E. Cottage Place York, PA 17401 York County**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 6 of 8

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   1/1/2010      Last 4 digits of account number   9650

---

| 2.18 | **S&T Bank** | Describe the property that secures the claim: | $41,000.00 | $27,549.00 | $13,451.00 |
|---|---|---|---|---|---|

Creditor's Name

**737 E. Philadelphia Street York, PA 17401  York County**

**P.O. Box 469**
**Indiana, PA 15701-0469**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   2/1/2009      Last 4 digits of account number   1750

---

| 2.19 | **Tucker-Belle, LLC** | Describe the property that secures the claim: | $24,000.00 | $27,247.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**155 W. King Street York, PA 17401 York County**

**3877 Gamber Road**
**Finksburg, MD 21048**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred   1/14/2014      Last 4 digits of account number   n/a

---

| 2.20 | **Wells Fargo** | Describe the property that secures the claim: | $157,013.86 | $253,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1071 E. River Drive Wrightsville, PA 17368  York County**
**Personal Residence**

**P.O. Box 11701**
**Newark, NJ 07101-4701**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

| Debtor 1 | **Michael E. Markle** | | | Case number (if know) | **1:17-bk-02795** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Dora L. Markle** | | | | |
| | First Name | Middle Name | Last Name | | |

_____
Number, Street, City, State & Zip Code

☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a
community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  __5/8/2007__      Last 4 digits of account number  __9624__

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$1,279,298.51** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$1,279,298.51** |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | |
|---|---|
| Debtor 1 | **Michael E. Markle** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Dora L. Markle** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **1:17-bk-02795** |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

**1.** Do any creditors have priority unsecured claims against you?

☐ No. Go to Part 2.

■ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Adam J. Zel** | Last 4 digits of account number   **N/A** | $1,150.00 | $1,150.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**1001 E. River Drive**
**Wrightsville, PA 17368**
Number Street City State Zip Code

When was the debt incurred?   **2/1/2017**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify   **Deposits by individuals**
                    **Rental Security Deposit**

| 2.2 | **Aramis Morales Berrios** | Last 4 digits of account number **N/A** | **$875.00** | **$875.00** | **$0.00** |

Priority Creditor's Name

**303 E. Cottage Place**

**York, PA 17403**

Number Street City State Zip Code

When was the debt incurred?    **11/1/2016**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**

**Rental Security Deposit**

| 2.3 | **Daniel Hayden** | Last 4 digits of account number **N/A** | **$725.00** | **$725.00** | **$0.00** |

Priority Creditor's Name

**538 Madison Avenue, Unit 1**

**York, PA 17404**

Number Street City State Zip Code

When was the debt incurred?    **3/1/2017**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**

**Rental Security Deposit**

| 2.4 | **Destiney L. Boldizar** | Last 4 digits of account number **N/A** | **$853.00** | **$853.00** | **$0.00** |

Priority Creditor's Name

**836 Fern Place**

**York, PA 17404**

Number Street City State Zip Code

When was the debt incurred?    **12/1/2014**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

Type of PRIORITY unsecured claim:

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify    **Deposits by individuals**

**Rental Security Deposit**

| 2.5 | **Diaz Woodard** | | Last 4 digits of account number **N/A** | **$785.00** | **$785.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**538 Madison Avenue, Unit 2**

**York, PA 17404**

Number Street City State Zip Code

**When was the debt incurred?** 12/6/2013

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  **Deposits by individuals**
**Rental Security Deposit**

---

| 2.6 | **Dorethy G. Hayes** | | Last 4 digits of account number **N/A** | **$725.00** | **$725.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**1008 N. George Street, Unit 1**

**York, PA 17406**

Number Street City State Zip Code

**When was the debt incurred?** 3/2/2017

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  **Deposits by individuals**
**Rental Security Deposit**

---

| 2.7 | **Grace N. Abrantes** | | Last 4 digits of account number **N/A** | **$875.00** | **$875.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**737 E. Philadelphia Street**

**York, PA 17403**

Number Street City State Zip Code

**When was the debt incurred?** 2/5/2016

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify  **Deposits by individuals**
**Rental Security Deposit**

Case 1:17-bk-02795-HWV    Doc 21    Filed 08/03/17    Entered 08/03/17 16:51:24    Desc
Main Document      Page 30 of 60

---

| 2.8 | **Jose Montalvo** | Last 4 digits of account number | **N/A** | $675.00 | $675.00 | $0.00 |

Priority Creditor's Name

**155 W. King Street, Unit 2**
**York, PA 17401**
Number Street City State ZIp Code

When was the debt incurred? **4/1/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
                         **Rental Security Deposit**

---

| 2.9 | **Kayla Tawney** | Last 4 digits of account number | **N/A** | $1,888.35 | $1,888.35 | $0.00 |

Priority Creditor's Name

**28 E. Jackson Street**
**York, PA 17401**
Number Street City State ZIp Code

When was the debt incurred? **10/1/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
                         **Rental Security Deposit**

---

| 2.10 | **Laura Prickett** | Last 4 digits of account number | **N/A** | $775.00 | $775.00 | $0.00 |

Priority Creditor's Name

**1008 N. George Street, Unit 2**
**York, PA 17406**
Number Street City State ZIp Code

When was the debt incurred? **6/1/2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify  **Deposits by individuals**
                         **Rental Security Deposit**

---

| 2.1 1 | **Lequasia Lucas** | Last 4 digits of account number | **N/A** | $625.00 | $625.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**155 W. King Street, Unit 1**
**York, PA 17401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    3/2/2017

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
    **Rental Security Deposit**

---

| 2.1 2 | **Linda D. Stevens** | Last 4 digits of account number | **N/A** | $625.00 | $625.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**203 Chestnut Street, Unit 1**
**York, PA 17403**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    1/13/2017

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
    **Rental Security Deposit**

---

| 2.1 3 | **Marisa K. Lee Foon** | Last 4 digits of account number | **N/A** | $850.00 | $850.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name

**242 W. Maple Street**
**York, PA 17401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**    2/5/2017

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify    **Deposits by individuals**
    **Rental Security Deposit**

---

**2.14**

**Marshell Elliott**
Priority Creditor's Name
**215 Chestnut Street**
**York, PA 17403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

| Last 4 digits of account number | **N/A** | | **$775.00** | **$775.00** | **$0.00** |

**When was the debt incurred?**   4/7/2016

**As of the date you file, the claim is: Check all that apply**
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
   **Rental Security Deposit**

---

**2.15**

**Michelle T. Johnson**
Priority Creditor's Name
**907 E. Princess Street**
**York, PA 17403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

| Last 4 digits of account number | **N/A** | | **$895.00** | **$895.00** | **$0.00** |

**When was the debt incurred?**   3/6/2017

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
   **Rental Security Deposit**

---

**2.16**

**Rickey Crudup**
Priority Creditor's Name
**257 N. Queen Street, Unit 2**
**York, PA 17401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

| Last 4 digits of account number | **N/A** | | **$750.00** | **$750.00** | **$0.00** |

**When was the debt incurred?**   4/1/2012

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
■ Other. Specify   **Deposits by individuals**
   **Rental Security Deposit**

---

| 2.17 | **Rosie Murray** | | Last 4 digits of account number | **N/A** | **$750.00** | **$750.00** | **$0.00** |

Priority Creditor's Name
**113 N. West Street**
**York, PA 17404**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **11/6/2007**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Rental Security Deposit**

---

| 2.18 | **Sandra Kirk** | | Last 4 digits of account number | **N/A** | **$650.00** | **$650.00** | **$0.00** |

Priority Creditor's Name
**203 Chestnut Street, Unit 2**
**York, PA 17403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **2/1/2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Rental Security Deposit**

---

| 2.19 | **Zuleika B. Rosario** | | Last 4 digits of account number | **N/A** | **$595.00** | **$595.00** | **$0.00** |

Priority Creditor's Name
**203 Chestnut Street**
**York, PA 17403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **1/17/2017**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

■ Other. Specify **Deposits by individuals**
**Rental Security Deposit**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more

than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **1st National Bank** | Last 4 digits of account number    **2750** | **$33,500.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**4140 E. State Street**
**Hermitage, PA 16148**
Number Street City State Zip Code

When was the debt incurred?    **12/01/2009**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Personal Guarantee**
**Midor Properties, LLC**

| 4.2 | **Capital One** | Last 4 digits of account number    **0500** | **$8,120.37** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 71083**
**Charlotte, NC 28272-1083**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Credit Card Purchases**

| 4.3 | **Capital One** | Last 4 digits of account number    **1130** | **$6,404.40** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 71083**
**Charlotte, NC 28272-1083**
Number Street City State Zip Code

When was the debt incurred?    **2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Credit Card Purchases**

Case 1:17-bk-02795-HWV      Doc 21    Filed 08/03/17    Entered 08/03/17 16:51:24    Desc
Main Document      Page 35 of 60

---

| 4.4 | **Capital One Bank** | Last 4 digits of account number | **9530** | $1,719.20 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 71083**
**Charlotte, NC 28272-1083**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Purchases**

---

| 4.5 | **Care Credit** | Last 4 digits of account number | **4530** | $700.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Synchrony Financial**
**P.O. Box 960061**
**Orlando, FL 32896-0061**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Purchases**

---

| 4.6 | **Chase Card** | Last 4 digits of account number | **8350** | $7,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 16123**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Purchases**

---

| 4.7 | **Global Connections Inc.** | Last 4 digits of account number | **8MAR** | $3,368.30 |

Nonpriority Creditor's Name
**c/o Processing Center**
**P.O. Box 5096**
**Chicago, IL 60680-5096**

When was the debt incurred?     **2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify     **Personal Unsecured Loan**

---

| 4.8 | **Home Depot** | Last 4 digits of account number | **1630** | $9,000.00 |

Nonpriority Creditor's Name
**P.O. Box 182676**
**Columbus, OH 43218-2676**

When was the debt incurred?     **2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify     **Credit Card Purchases**

---

| 4.9 | **Lowes American Express** | Last 4 digits of account number | **1006** | $11,838.27 |

Nonpriority Creditor's Name
**P.O. Box 1270**
**Newark, NJ 07101-1270**

When was the debt incurred?     **2016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify     **Credit Card Purchases**

| 4.1 0 | **Lowes American Express** | Last 4 digits of account number | **1006** | **$11,838.27** |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name

**P.O. Box 1270**
**Newark, NJ 07101-1270**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** **2016**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Personal Guarantee Midor Properties, LLC**

| 4.1 1 | **Lowes Business Account** | Last 4 digits of account number | **0534** | **$27,000.00** |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name

**P.O. Box 530970**
**Atlanta, GA 30353-0970**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** **2016**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card Purchases**

| 4.1 2 | **Members 1st Credit Union** | Last 4 digits of account number | **6000** | **$24,500.00** |
| --- | --- | --- | --- | --- |

Nonpriority Creditor's Name

**5000 Louise Drive**
**Mechanicsburg, PA 17055**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** **2016**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card Purchases**

Case 1:17-bk-02795-HWV    Doc 21    Filed 08/03/17    Entered 08/03/17 16:51:24    Desc
Main Document    Page 38 of 60

---

| 4.13 | **Members 1st Credit Union** | Last 4 digits of account number | **2602** | $47,300.00 |

Nonpriority Creditor's Name
**5000 Louise Drive**
**Mechanicsburg, PA 17055**

When was the debt incurred?    **04/30/2008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Personal Guarantee**
                    **Midor Properties, LLC**

---

| 4.14 | **Members 1st Credit Union** | Last 4 digits of account number | **2601** | $52,400.00 |

Nonpriority Creditor's Name
**5000 Louise Drive**
**Mechanicsburg, PA 17055**

When was the debt incurred?    **04/14/2008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
☐ Other. Specify    **Personal Guarantee**
                    **Midor Properties, LLC**

---

| 4.15 | **Members 1st Credit Union** | Last 4 digits of account number | **6000** | $24,500.00 |

Nonpriority Creditor's Name
**5000 Louise Drive**
**Mechanicsburg, PA 17055**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Contingent
■ Debtor 1 and Debtor 2 only
☐ Unliquidated
☐ At least one of the debtors and another
☐ Disputed
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes
■ Other. Specify    **Personal Guarantee**
                    **Midor Properties, LLC**

---

| 4.1 6 | **S&T Bank** | Last 4 digits of account number | **1150** | $36,800.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 469**
**Indiana, PA 15701-0469**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?  **10/22/2007**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Guarantee**
**Midor Properties, LLC**

---

| 4.1 7 | **Sam's Club Mastercard** | Last 4 digits of account number | **3090** | $731.08 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 960013**
**Orlando, FL 32896**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?  **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card Purchases**

---

| 4.1 8 | **Wellspan** | Last 4 digits of account number | **9366** | $1,379.98 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1001 S. George Street**
**York, PA 17401**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?  **2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Bill**

---

| 4.1 9 | **Wellspan** | Last 4 digits of account number | **2684** | $53.53 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1001 S. George Street**
**York, PA 17401**
Number Street City State ZIp Code

When was the debt incurred? **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Bill**

---

| 4.2 0 | **York County Tax Claim Bureau** | Last 4 digits of account number | | $4,663.56 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**28 East Market Street, Room 105**
**York, PA 17401**
Number Street City State ZIp Code

When was the debt incurred? **2016-2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Past Due Real Estate Taxes**
  **1001 E. River Drive**

---

| 4.2 1 | **York County Tax Claim Bureau** | Last 4 digits of account number | | $7,659.08 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**28 East Market Street, Room 105**
**York, PA 17401**
Number Street City State ZIp Code

When was the debt incurred? **2016-2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Past Due Real Estate Taxes**
  **28 E. Jackson Street**

---

---

| 4.2 2 | **York County Tax Claim Bureau** | Last 4 digits of account number | | $1,691.46 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**28 East Market Street, Room 105**
**York, PA 17401**

When was the debt incurred?   **2016-2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Past Due Real Estate Taxes**
**113 N. West Street**

---

| 4.2 3 | **York County Tax Claim Bureau** | Last 4 digits of account number | | $8,454.85 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**28 East Market Street, Room 105**
**York, PA 17401**

When was the debt incurred?   **2015-2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Past Due Real Estate Taxes**
**155 W. King Street**

---

| 4.2 4 | **York County Tax Claim Bureau** | Last 4 digits of account number | | $13,943.56 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**28 East Market Street, Room 105**
**York, PA 17401**

When was the debt incurred?   **2015-2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Past Due Real Estate Taxes**
**201-203 E. Chestnut Street**

---

| 4.2 5 | **York County Tax Claim Bureau** | Last 4 digits of account number | $1,467.67 |
|---|---|---|---|

Nonpriority Creditor's Name

**28 East Market Street, Room 105
York, PA 17401**

When was the debt incurred?    **2016-2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Past Due Real Estate Taxes
215 E. Chestnut Street**

---

| 4.2 6 | **York County Tax Claim Bureau** | Last 4 digits of account number | $2,641.59 |
|---|---|---|---|

Nonpriority Creditor's Name

**28 East Market Street, Room 105
York, PA 17401**

When was the debt incurred?    **2016-2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Past Due Real Estate Taxes
242 W. Maple Street**

---

| 4.2 7 | **York County Tax Claim Bureau** | Last 4 digits of account number | $6,645.78 |
|---|---|---|---|

Nonpriority Creditor's Name

**28 East Market Street, Room 105
York, PA 17401**

When was the debt incurred?    **2015-2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Past Due Real Estate Taxes
257 N. Queen Street**

---

Case 1:17-bk-02795-HWV    Doc 21    Filed 08/03/17    Entered 08/03/17 16:51:24    Desc
Main Document     Page 43 of 60

---

**4.2 8**

**York County Tax Claim Bureau**
Nonpriority Creditor's Name
**28 East Market Street, Room 105**
**York, PA 17401**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____  **$7,550.26**

When was the debt incurred?  **2015-2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Past Due Real Estate Taxes**
   **303 E. Cottage Place**

---

**4.2 9**

**York County Tax Claim Bureau**
Nonpriority Creditor's Name
**28 East Market Street, Room 105**
**York, PA 17401**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____  **$13,478.26**

When was the debt incurred?  **2015-2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Past Due Real Estate Taxes**
   **538 Madison Avenue**

---

**4.3 0**

**York County Tax Claim Bureau**
Nonpriority Creditor's Name
**28 East Market Street, Room 105**
**York, PA 17401**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____  **$8,069.32**

When was the debt incurred?  **2015-2017**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Past Due Real Estate Taxes**
   **737 E. Philadelphia Street**

---

| 4.3 1 | **York County Tax Claim Bureau** | Last 4 digits of account number | | $8,915.71 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**28 East Market Street, Room 105
York, PA 17401**

When was the debt incurred?  **2015-2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Past Due Real Estate Taxes
836 Fern Place**

| 4.3 2 | **York County Tax Claim Bureau** | Last 4 digits of account number | | $2,507.26 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**28 East Market Street, Room 105
York, PA 17401**

When was the debt incurred?  **2016-2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Past Due Real Estate Taxes
907 E. Princess Street**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 15,841.35 |
| | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 15,841.35 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims** | 6f. **Student loans** | 6f. | $ | 0.00 |

| Debtor 1 | **Michael E. Markle** | | |
|---|---|---|---|
| Debtor 2 | **Dora L. Markle** | Case number (if know) | **1:17-bk-02795** |

| from Part 2 | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
|---|---|---|---|---|---|
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 395,841.76 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 395,841.76 |

Case 1:17-bk-02795-HWV    Doc 21    Filed 08/03/17    Entered 08/03/17 16:51:24    Desc
Main Document    Page 46 of 60

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael E. Markle** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Dora L. Markle** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:17-bk-02795** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Adam J. Zel**<br>**1001 E. River Drive**<br>**Wrightsville, PA 17368** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.2 **Aramis Morales Berrios**<br>**303 E. Cottage Place**<br>**York, PA 17403** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.3 **Daniel Hayden**<br>**538 Madison Avenue, Unit 1**<br>**York, PA 17404** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.4 **Destiney L. Boldizar**<br>**836 Fern Place**<br>**York, PA 17404** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.5 **Diaz Woodard**<br>**538 Madison Avenue, Unit 2**<br>**York, PA 17404** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.6 **Dorethy G. Hayes**<br>**1008 N. George Street, Unit 1**<br>**York, PA 17406** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.7 **Grace N. Abrantes**<br>**737 E. Philadelphia Street**<br>**York, PA 17403** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.8 **Jose Montalvo**<br>**155 W. King Street, Unit 2**<br>**York, PA 17401** | **Residential Lease**<br>**Debtors are the Landlord** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.9 **Kayla Tawney**<br>**28 E. Jackson Street**<br>**York, PA 17401** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.10 **Laura Prickett**<br>**1008 N. George Street, Unit 2**<br>**York, PA 17406** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.11 **Lequasia Lucas**<br>**155 W. King Street, Unit 1**<br>**York, PA 17401** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.12 **Linda D. Stevens**<br>**203 Chestnut Street, Unit 1**<br>**York, PA 17403** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.13 **Marisa K. Lee Foon**<br>**242 W. Maple Street**<br>**York, PA 17401** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.14 **Marshell Elliott**<br>**215 Chestnut Street**<br>**York, PA 17403** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.15 **Michelle T. Johnson**<br>**907 E. Princess Street**<br>**York, PA 17403** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.16 **Midor Property Managment, LLC**<br>**201 Chestnut Street**<br>**York, PA 17403** | **Midor Property Managment, LLC Manages all of the rental real estate owned by Midor Properties, LLC, as well as, handles all day to day activities of the business.** |
| 2.17 **Rickey Crudup**<br>**257 N. Queen Street, Unit 2**<br>**York, PA 17401** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.18 **Rosie Murray**<br>**113 N. West Street**<br>**York, PA 17404** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.19 **Sandra Kirk**<br>**203 Chestnut Street, Unit 2**<br>**York, PA 17403** | **Residential Lease**<br>**Debtors are the Landlord** |
| 2.20 **Zuleika B. Rosario**<br>**203 Chestnut Street**<br>**York, PA 17403** | **Residential Lease**<br>**Debtors are the Landlord** |

| | |
|---|---|
| Debtor 1 | **Michael E. Markle** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Dora L. Markle** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:17-bk-02795** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br><br>_____<br>Number       Street<br>_____<br>City                State            ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br><br>_____<br>Number       Street<br>_____<br>City                State            ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor 1 | **Michael E. Markle** |
| Debtor 2 (Spouse, if filing) | **Dora L. Markle** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (If known) | **1:17-bk-02795** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | **Self Employed** | **Self Employed** |
| Employer's name | | |
| Employer's address | | |
| How long employed there? | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ......................................................... | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1,290.00 | $ 9,810.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify:   **Midor Property Management, LLC** | 8h.+ | $ 700.00 + | $ 0.00 |
| | **Midor Properties, LLC** | | $ 1,800.00 | $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 3,790.00    $ 9,810.00

10. **Calculate monthly income.** Add line 7 + line 9.      10.    $ 3,790.00 + $ 9,810.00 = $ 13,600.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____    11.    +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 13,600.00

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Schedule A

Insurance Sales Income and Expenses
Michael Markle

| | | |
|---|---|---|
| Income: | $ | 200.00 |
| | | |
| Expenses: | | |
| Commissions | $ | 150.00 |
| Total Expenses: | $ | 150.00 |
| | | |
| Net Income: | $ | 50.00 |

Schedule B

Insurance Sales Income and Expenses
Dora Markle

| Income: | $ | 12,000.00 |
|---|---|---|
| Expenses: | | |
| Equipment Rental | $ | 145.00 |
| Accounting | $ | 85.00 |
| Advertising | $ | 80.00 |
| Commissions | $ | 1,100.00 |
| Bank Fees | $ | 5.00 |
| Maintenance | $ | 50.00 |
| Meals/Ent. | $ | 125.00 |
| Office Exp. | $ | 400.00 |
| Office Supplies | $ | 200.00 |
| Total Expenses: | $ | 2,190.00 |
| Net Income: | $ | 9,810.00 |

## Schedule C
## Rental Income and Expenses

| | 155 W. King Street | 1001 E. River Dr. | 836 Fern Place | 1008 N. George St. |
|---|---|---|---|---|
| Income: | $ 1,300.00 | $ 1,050.00 | $ 980.00 | $ 1,600.00 |
| Expenses: | | | | |
| Eviction Fees | $ 50.00 | | | |
| Insurance | $ 30.00 | $ 40.00 | $ 30.00 | $ 45.00 |
| License Fee | $ 20.00 | | $ 10.00 | $ 20.00 |
| Maintenance/Repairs | $ 100.00 | $ 250.00 | $ 100.00 | $ 85.00 |
| Utilities | $ 160.00 | | $ 75.00 | $ 160.00 |
| Mortgage | $ 482.61 | $ 679.71 | $ 471.60 | $ 460.00 |
| Real Estate Taxes | $ 250.00 | $ 280.00 | $ 250.00 | $ 201.00 |
| Legal Fees | | | | $ 75.00 |
| Total Expenses: | $ 1,092.61 | $ 1,249.71 | $ 936.60 | $ 1,046.00 |
| Net Income: | $ 207.39 | $ (199.71) | $ 43.40 | $ 554.00 |

## Schedule C (cont.)
## Rental Income and Expenses

| | 907 E. Princess St. | 737 E. Phila. St. | 538 Madison Ave. | 303 E. Cottage Ave. |
|---|---|---|---|---|
| Income: | $ 1,020.00 | $ 1,080.00 | $ 1,420.00 | $ 875.00 |
| Expenses: | | | | |
| Eviction Fees | | | $ 10.00 | |
| Insurance | $ 25.00 | $ 25.00 | $ 35.00 | $ 25.00 |
| License Fee | $ 10.00 | $ 10.00 | $ 20.00 | $ 10.00 |
| Maintenance/Repairs | $ 25.00 | $ 50.00 | $ 65.00 | $ 200.00 |
| Utilities | $ 100.00 | $ 60.00 | $ 200.00 | $ 60.00 |
| Mortgage | $ 376.75 | $ 437.85 | 593.32 | 398.81 |
| Real Estate Taxes | $ 250.00 | $ 450.00 | 780.00 | 390.00 |
| Legal Fees | | | | |
| Total Expenses: | $ 786.75 | $ 1,032.85 | $ 1,703.32 | $ 1,083.81 |
| Net Income: | $ 233.25 | $ 47.15 | $ (283.32) | $ (208.81) |

| | 257 N. Queen St. | 203 Chestnut St. | 201 Chestnut St. | 28 E. Jackson St. |
|---|---|---|---|---|
| Income: | $ 2,275.00 | $ 1,680.00 | $ 670.00 | $ 1,125.00 |
| Expenses: | | | | |
| Eviction Fees | $ 30.00 | $ 10.00 | | |
| Insurance | $ 30.00 | | $ 125.00 | $ 30.00 |
| License Fee | $ 10.00 | | $ 20.00 | $ 20.00 |
| Maintenance/Repairs | $ 15.00 | $ 110.00 | $ 25.00 | $ 400.00 |
| Utilities | $ 75.00 | $ 300.00 | $ 50.00 | $ 140.00 |
| Mortgage | $ 536.29 | $ 398.68 | $ 398.69 | $ 465.34 |
| Real Estate Taxes | $ 370.00 | $ 500.00 | $ 502.00 | $ 300.00 |
| Legal Fees | | | | |
| Total Expenses: | $ 1,066.29 | $ 1,318.68 | $ 1,120.69 | $ 1,355.34 |
| Net Income: | $ 1,208.71 | $ 361.32 | $ (450.69) | $ (230.34) |

## Schedule C (cont.)
## Rental Income and Expenses

| | 242 W. Maple St. | 215 Chestnut St. | 113 N. West St. | Total |
|---|---|---|---|---|
| Income: | $ 860.00 | $ 850.00 | $ 825.00 | $ 17,610.00 |
| Expenses: | | | | |
| Eviction Fees | | | | $ 100.00 |
| Insurance | $ 30.00 | $ 30.00 | $ 30.00 | $ 530.00 |
| License Fee | $ 20.00 | $ 10.00 | $ 20.00 | $ 200.00 |
| Maintenance/Repairs | $ 70.00 | $ 135.00 | $ 25.00 | $ 1,655.00 |
| Utilities | $ 95.00 | $ 60.00 | $ 50.00 | $ 1,585.00 |
| Mortgage | $ 368.71 | $ 297.04 | $ 471.60 | $ 6,837.00 |
| Real Estate Taxes | $ 530.00 | $ 150.00 | $ 175.00 | $ 5,378.00 |
| Legal Fees | | $ 10.00 | | $ 85.00 |
| Total Expenses: | $ 1,113.71 | $ 692.04 | $ 771.60 | $ 16,370.00 |
| Net Income: | $ (253.71) | $ 157.96 | $ 53.40 | $ 1,240.00 |

**Fill in this information to identify your case:**

Debtor 1 __Michael E. Markle__

Debtor 2 __Dora L. Markle__
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number 1:17-bk-02795
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

Do not list Debtor 1 and    ☐ Yes.   Fill out this information for
Debtor 2.                             each dependent..............

Do not state the
dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ __1,797.00__

**If not included in line 4:**

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 25.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 400.00 |

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 250.00
   - 6b. Water, sewer, garbage collection — 6b. $ 150.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 300.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 1,000.00
8. **Childcare and children's education costs** — 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 200.00
10. **Personal care products and services** — 10. $ 75.00
11. **Medical and dental expenses** — 11. $ 1,000.00
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments. — 12. $ 1,000.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 200.00
14. **Charitable contributions and religious donations** — 14. $ 50.00
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 675.00
    - 15c. Vehicle insurance — 15c. $ 230.00
    - 15d. Other insurance. Specify: **E&O** — 15d. $ 40.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    - Specify: **Federal Income Tax** — 16. $ 2,250.00
    - Specify: **State Income Tax** — $ 200.00
    - Specify: **Local Income Tax** — $ 75.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 600.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 539.00
    - 17c. Other. Specify: **RV Camper Payment** — 17c. $ 146.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** — $ 0.00
    - Specify: — 19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: **Misc., Haircuts, Auto Repairs, and Small Gifts** — 21. +$ 150.00
22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 11,402.00
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 11,402.00
23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ 13,600.00
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 11,402.00
    - 23c. Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income.* — 23c. $ 2,198.00
24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes. Explain here:

Case 1:17-bk-02795-HWV    Doc 21    Filed 08/03/17    Entered 08/03/17 16:51:24    Desc
Main Document    Page 59 of 60

| Debtor 1 | **Michael E. Markle** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Dora L. Markle** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA | | |
| Case number | **1:17-bk-02795** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Michael E. Markle**                          X **/s/ Dora L. Markle**
　**Michael E. Markle**                                　**Dora L. Markle**
　Signature of Debtor 1                                　Signature of Debtor 2

Date **August  3, 2017**                              Date **August  3, 2017**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy