# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Michael E. Markle, Dora L. Markle**, Debtor(s)

Case No. **1:17-bk-02795**
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **August 3, 2017**　　　/s/ **Michael E. Markle**
**Michael E. Markle**
Signature of Debtor

Date: **August 3, 2017**　　　/s/ **Dora L. Markle**
**Dora L. Markle**
Signature of Debtor