UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| MICHAEL E. MARKLE and | : | |
| DORA L. MARKLE, | : | Case No. 1:17-bk-02795-HWV |
| Debtors | : | |

**ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, RECEIPTS OF NOTICES
AND INCLUSION OF NOTICE LISTS AND MAILING MATRICES**

To the Clerk of the Bankruptcy Court, the Debtors, All Trustees, All Creditors, and All Other Parties in Interest:

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned Chapter 11 case on behalf of S&T Bank, A Successor of Integrity Bank ("Bank") and demands that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telefax, telegraph, telex, ECF noticing or otherwise, which affects the Debtor are to be served upon:

>Clayton W. Davidson, Esquire
>PA Attorney I.D. 79139
>100 Pine Street - P.O. Box 1166
>Harrisburg, PA 17108-1166
>Direct Fax:  717-260-1678
>Phone:  717-232-8000
>cdavidson@mcneeslaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court over Bank, specifically, but not limited to: (i) Bank's right to have final orders in non-core matters entered only after *de novo* reviewed by a district judge, (ii) Bank's right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) Bank's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Bank is or

may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments to which Bank hereby expressly reserves.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

Date: August 28, 2017    By: /s/ *Clayton W. Davidson*
　　　　　　　　　　　　　　Clayton W. Davidson
　　　　　　　　　　　　　　Attorney I.D. 79139
　　　　　　　　　　　　　　100 Pine Street - P.O. Box 1166
　　　　　　　　　　　　　　Harrisburg, PA 17108-1166
　　　　　　　　　　　　　　Direct Fax: 717-260-1678
　　　　　　　　　　　　　　Phone: 717-232-8000
　　　　　　　　　　　　　　cdavidson@mcneeslaw.com

*Attorneys for S&T Bank, As Successor to Integrity Bank*

# CERTIFICATE OF SERVICE

      I, Clayton W. Davidson, hereby certify that a true and correct copy of the foregoing Entry Of Appearance And Request For Service Of Papers, Receipts Of Notices And Inclusion Of Notice Lists And Mailing Matrices was served electronically via the Court's ECF System and First Class Mail, on the date set forth below, upon the following:

Craig A. Diehl
3464 Trindle Road
Camp Hill, PA 17011-4436
cdiehl@cadiehllaw.com

*Attorney for Debtor*

Michael E. Markle
1071 E. River Drive
Wrightsville, PA 17368
YORK, PA
Debtor

Dora L. Markle
1071 E. River Drive
Wrightsville, PA 17368
YORK, PA
Debtor

Date:   August 28, 2017                        /s/ *Clayton W. Davidson*
                                                              Clayton W. Davidson