IN THE UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MICHAEL E. MARKLE and | : | CASE NO. 1:17-bk-02795HWV |
| DORA L. MARKLE, | : | |
| | : | |
| Debtor-in-Possession | : | CHAPTER 11 |
| | : | |

## 2nd AMENDED ORDER

UPON CONSIDERATION of the foregoing Amended Motion of Attorney for Debtor-in-Possession to retain the accounting firm, Fiedler & Company, Inc., to represent Debtor in this proceeding at the rates set forth in the Amended Motion, good reason appearing therefore, and the record as a whole, it is

HEREBY ORDERED AND DECREED that counsel's Amended Motion be and hereby is granted. The estate is granted leave to employ Fiedler & Company, Inc. as accountant to represent Debtor's interests in this proceeding as of August 8, 2017, the date of the original motion to retain Fiedler & Company, Inc

1