# UNITED STATES BANKRUPTCY COURT

In re _Michael E. and Dora L. Markle_    Case No. _1:17-bk-02795HW_
_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _July 2017_    Date filed: _7/6/2017_

Line of Business: _Rental Properties & Insurance_    NAISC Code: _524410_
_Agent_

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Dora L. Markle_
Original Signature of Responsible Party

_Michael E. and Dora L. Markle_
Printed Name of Responsible Party

**Questionnaire:** _(All questions to be answered on behalf of the debtor.)_

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? (N/A) | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐  ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐  ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐  ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐  ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☑  ☐

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☑  ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $  23,435.19

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $  10,138.14

Cash on Hand at End of Month  $  17,857.05

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL  $  21,942.77

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $  9,536.43

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $  23,435.19

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $  9,536.43

*(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH**  $  13,898.76

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 1,750

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 46,582

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? NONE

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? NONE

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ – 0 –

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ – 0 –

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 237.50

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 237.50

B 25C (Official Form 25C) (12/08)

# PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 26,639 | $ 23,435 | $ (3204) |
| EXPENSES | $ 37,785 | $ 9,536 | $ 28249 |
| CASH PROFIT | $ (11,146) | $ 13,899 | $ 25,045 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ 25,305

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ 17,608

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ 7,696

# ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

## Exhibit A – Taxes

Michael E. and Dora L. Markle have an extension of time to file the federal, state and local individual income tax returns for 2016. The extension of time to file these returns is October 15, 2017, which we fully intend to have completed by then. Anticipate having enough in the account to accommodate the tax due.

## Exhibit B - Income

Income Received:

| | |
|---|---|
| Rental Income (Includes late fees & utilities) | $14,485.19 |
| Insurance Commissions | $8,949.68 |
| Interest Income | $0.32 |
| **Total Income Received** | $23,435.19 |

Not Received:

| | |
|---|---|
| Midor Properties, LLC Income | $5,768.80 |
| Midor Property Management, LLC Income | $1,933.79 |
| 141-147 W. Market Street, LLP Income (M. Markle's 25%) | $992.20 |
| **Total Income Received** | $8,694.79 |

# MICHAEL & DORA MARKLE
## Exhibit C - Expenses
### July 6 - 31, 2017

Cash Basis

| Type | Date | Num | Source Name | Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **Auto** | | | | | | | |
| **Fuel** | | | | | | | |
| Check | 07/10/2017 | 2035 | VOID | Fuel | 0.00 | | 0.00 |
| Check | 07/11/2017 | | RUTTERS | Fuel | 54.08 | | 54.08 |
| Check | 07/13/2017 | | RUTTERS | Fuel | 42.01 | | 96.09 |
| Check | 07/16/2017 | | SHEETZ | Fuel | 58.25 | | 154.34 |
| Check | 07/18/2017 | EFT | RUTTERS | Fuel | 91.20 | | 245.54 |
| Check | 07/21/2017 | EFT | SHEETZ | Fuel | 29.03 | | 274.57 |
| Check | 07/21/2017 | EFT | RUTTERS | Fuel | 90.52 | | 365.09 |
| Check | 07/23/2017 | EFT | RUTTERS | Fuel | 6.00 | | 371.09 |
| Check | 07/24/2017 | EFT | RUTTERS | Fuel | 27.01 | | 398.10 |
| Check | 07/26/2017 | | Hess Gas | Fuel | 35.00 | | 433.10 |
| Check | 07/28/2017 | | Jigar Petroleum | Fuel | 58.25 | | 491.35 |
| Check | 07/31/2017 | | RUTTERS | Fuel | 27.00 | | 518.35 |
| Check | 07/31/2017 | EFT | RUTTERS | Fuel | 18.37 | | 536.72 |
| Total Fuel | | | | | 536.72 | 0.00 | 536.72 |
| Total Auto | | | | | 536.72 | 0.00 | 536.72 |
| **Bank Charge** | | | | | | | |
| Check | 07/28/2017 | EFT | Wells Fargo | Bank Charge | 2.50 | | 2.50 |
| Total Bank Charge | | | | | 2.50 | 0.00 | 2.50 |
| **Education** | | | | | | | |
| Check | 07/11/2017 | | Books a million | Education | 27.52 | | 27.52 |
| Check | 07/25/2017 | | Books a million | Education | 23.27 | | 50.79 |
| Total Education | | | | | 50.79 | 0.00 | 50.79 |
| **Equipment Rental** | | | | | | | |
| Check | 07/28/2017 | 4426 | Marlin Business Bank ... | Equipment Rental | 146.56 | | 146.56 |
| General Journal | 07/31/2017 | | Marlin Business Bank ... | Equipment Rental | | 146.56 | 0.00 |
| Total Equipment Rental | | | | | 146.56 | 146.56 | 0.00 |
| **Eviction Fees** | | | | | | | |
| Deposit | 07/21/2017 | | | Eviction Fees | 138.85 | | 138.85 |
| Total Eviction Fees | | | | | 138.85 | 0.00 | 138.85 |
| **Gifts Given** | | | | | | | |
| Check | 07/25/2017 | | Dick's Sporting goods | Gifts Given | 131.30 | | 131.30 |
| Total Gifts Given | | | | | 131.30 | 0.00 | 131.30 |
| **Groceries** | | | | | | | |
| Check | 07/28/2017 | EFT | SUE'S GROCERY | Groceries | 21.40 | | 21.40 |
| Total Groceries | | | | | 21.40 | 0.00 | 21.40 |
| **Interest - Mort** | | | | | | | |
| Check | 07/10/2017 | 4406 | Tucker-Belle | Interest - Mort | 59.91 | | 59.91 |
| Check | 07/16/2017 | EFT | MEMBERS 1ST | Interest - Mort | 2,155.03 | | 2,214.94 |
| Check | 07/21/2017 | 4421 | Ditech Financial, LLC | Interest - Mort | 340.42 | | 2,555.36 |
| Check | 07/21/2017 | 4422 | First National Bank | Interest - Mort | 146.26 | | 2,701.62 |
| Check | 07/24/2017 | 4424 | First National Bank | Interest - Mort | 138.93 | | 2,840.55 |
| Check | 07/24/2017 | EFT | S&T Bank | Interest - Mort | 178.25 | | 3,018.80 |
| Total Interest - Mort | | | | | 3,018.80 | 0.00 | 3,018.80 |
| **Interest Exp** | | | | | | | |
| Check | 07/20/2017 | 2039 | MEMBERS 1ST | Interest Exp | 132.42 | | 132.42 |
| Total Interest Exp | | | | | 132.42 | 0.00 | 132.42 |
| **License Fee** | | | | | | | |
| Check | 07/20/2017 | 2038 | ACCOMAC SHORES ... | License Fee | 150.00 | | 150.00 |
| General Journal | 07/31/2017 | | Marlin Business Bank ... | License Fee | | 150.00 | 0.00 |
| Total License Fee | | | | | 150.00 | 150.00 | 0.00 |

# MICHAEL & DORA MARKLE
## Exhibit C - Expenses
### July 6 - 31, 2017

Cash Basis

| Type | Date | Num | Source Name | Account | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **Maintenance** | | | | | | | |
| Check | 07/06/2017 | | One Way Janitorial, Inc. | Maintenance | 84.59 | | 84.59 |
| Check | 07/06/2017 | | Quaker City Paper | Maintenance | 56.40 | | 140.99 |
| Check | 07/07/2017 | 4412 | Hector Rivera | Maintenance | 288.75 | | 429.74 |
| Check | 07/07/2017 | 4409 | SCOTT SWEITZER | Maintenance | 0.00 | | 429.74 |
| Check | 07/07/2017 | 4414 | 2 Sons Mechanical LLC | Maintenance | 103.50 | | 533.24 |
| Check | 07/09/2017 | | Dick's Sporting goods | Maintenance | 1.07 | | 534.31 |
| Check | 07/10/2017 | 2036 | Nicole Lawson | Maintenance | 150.00 | | 684.31 |
| Check | 07/12/2017 | 4410 | SHERWIN WILLIAMS | Maintenance | 82.47 | | 766.78 |
| Check | 07/12/2017 | 4415 | | Maintenance | 0.00 | | 766.78 |
| Check | 07/12/2017 | | LOWES | Maintenance | 81.48 | | 848.26 |
| Check | 07/14/2017 | 4416 | Wanda Neiman | Maintenance | 25.00 | | 873.26 |
| Check | 07/14/2017 | 4417 | SCOTT SWEITZER | Maintenance | 0.00 | | 873.26 |
| Check | 07/14/2017 | 4418 | Technical Pest Control | Maintenance | 53.00 | | 926.26 |
| Check | 07/14/2017 | 4419 | Hector Rivera | Maintenance | 35.00 | | 961.26 |
| Check | 07/14/2017 | 4420 | 2 Sons Mechanical LLC | Maintenance | 52.00 | | 1,013.26 |
| Check | 07/18/2017 | EFT | LOWES | Maintenance | 480.98 | | 1,494.24 |
| Check | 07/28/2017 | 4450 | SCOTT SWEITZER | Maintenance | 20.00 | | 1,514.24 |
| Check | 07/28/2017 | 4451 | Hector Rivera | Maintenance | 17.50 | | 1,531.74 |
| Check | 07/28/2017 | 4452 | Moodys Construction | Maintenance | 100.00 | | 1,631.74 |
| Check | 07/28/2017 | 4453 | Wanda Neiman | Maintenance | 25.00 | | 1,656.74 |
| Total Maintenance | | | | | 1,656.74 | 0.00 | 1,656.74 |
| | | | | | | | |
| **Meals & Entertainment** | | | | | | | |
| Check | 07/08/2017 | | Chick Fil A | Meals & Entertainment | 9.68 | | 9.68 |
| Check | 07/08/2017 | | ARBYS | Meals & Entertainment | 5.82 | | 15.50 |
| Check | 07/11/2017 | | Olive Garden | Meals & Entertainment | 50.65 | | 66.15 |
| Check | 07/20/2017 | EFT | Deli of Italy | Meals & Entertainment | 7.41 | | 73.55 |
| Check | 07/26/2017 | | RUTTERS | Meals & Entertainment | 28.59 | | 102.15 |
| Check | 07/26/2017 | | WENDYS | Meals & Entertainment | 19.58 | | 121.73 |
| Check | 07/26/2017 | | MCDONALDS | Meals & Entertainment | 8.03 | | 129.76 |
| Check | 07/28/2017 | | RUTTERS | Meals & Entertainment | 88.76 | | 218.52 |
| Check | 07/28/2017 | EFT | After Dark Investigatio... | Meals & Entertainment | 152.60 | | 371.12 |
| Check | 07/28/2017 | EFT | Gettysburg Foundations | Meals & Entertainment | 68.00 | | 439.12 |
| Check | 07/29/2017 | | Edie's Restaurant | Meals & Entertainment | 85.66 | | 524.78 |
| Total Meals & Entertainment | | | | | 524.78 | 0.00 | 524.78 |
| | | | | | | | |
| **Medical** | | | | | | | |
| **Doctor/Dentists** | | | | | | | |
| Check | 07/13/2017 | | Wellspan | Doctor/Dentists | 18.00 | | 18.00 |
| Check | 07/28/2017 | | NEW INSIGHTS | Doctor/Dentists | 18.00 | | 36.00 |
| Total Doctor/Dentists | | | | | 36.00 | 0.00 | 36.00 |
| | | | | | | | |
| **Medicine** | | | | | | | |
| Check | 07/20/2017 | EFT | RITE AID | Medicine | 14.91 | | 14.91 |
| Check | 07/20/2017 | EFT | RITE AID | Medicine | 22.46 | | 37.37 |
| Total Medicine | | | | | 37.37 | 0.00 | 37.37 |
| Total Medical | | | | | 73.37 | 0.00 | 73.37 |
| | | | | | | | |
| **Miscellaneous** | | | | | | | |
| Check | 07/06/2017 | 1806 | Nicole Lawson | Miscellaneous | 0.00 | | 0.00 |
| Check | 07/07/2017 | 4408 | | Miscellaneous | 0.00 | | 0.00 |
| Total Miscellaneous | | | | | 0.00 | 0.00 | 0.00 |
| | | | | | | | |
| **Office Expenses** | | | | | | | |
| Check | 07/18/2017 | EFT | SAM'S CLUB | Office Expenses | 47.84 | | 47.84 |
| Total Office Expenses | | | | | 47.84 | 0.00 | 47.84 |
| | | | | | | | |
| **Office Supplies** | | | | | | | |
| Check | 07/24/2017 | EFT | Compuchecks.com | Office Supplies | 162.89 | | 162.89 |
| Check | 07/30/2017 | | WAL MART | Office Supplies | 106.29 | | 269.18 |
| Total Office Supplies | | | | | 269.18 | 0.00 | 269.18 |

# MICHAEL & DORA MARKLE
## Exhibit C - Expenses
### July 6 - 31, 2017

Cash Basis

| Type | Date | Num | Source Name | Account | Debit | Credit | Balance |
|------|------|-----|-------------|---------|-------|--------|---------|
| **Personal Expenses** | | | | | | | |
| Check | 07/06/2017 | | RUTTERS | Personal Expenses | 35.48 | | 35.48 |
| Check | 07/06/2017 | | Leahman's Fruit Stand | Personal Expenses | 12.25 | | 47.73 |
| Check | 07/07/2017 | | RUTTERS | Personal Expenses | 98.20 | | 145.93 |
| Check | 07/08/2017 | | CASH | Personal Expenses | 200.00 | | 345.93 |
| Check | 07/09/2017 | | GIANT | Personal Expenses | 283.53 | | 629.46 |
| Check | 07/11/2017 | | RUTTERS | Personal Expenses | 84.03 | | 713.49 |
| Check | 07/12/2017 | | Salon Blu Studio | Personal Expenses | 274.36 | | 987.85 |
| Check | 07/12/2017 | | JA Laundry Service | Personal Expenses | 65.34 | | 1,053.19 |
| Check | 07/25/2017 | | GIANT | Personal Expenses | 64.18 | | 1,117.37 |
| Check | 07/28/2017 | EFT | J + A Laundry Service | Personal Expenses | 50.49 | | 1,167.86 |
| Check | 07/29/2017 | | WAL MART | Personal Expenses | 58.63 | | 1,226.49 |
| Check | 07/30/2017 | | American Eagle | Personal Expenses | 84.63 | | 1,311.12 |
| Total Personal Expenses | | | | | 1,311.12 | 0.00 | 1,311.12 |
| **Accounting** | | | | | | | |
| Check | 07/21/2017 | 4423 | Fiedler & Company, Inc. | Accounting | 237.50 | | 237.50 |
| Total Accounting | | | | | 237.50 | 0.00 | 237.50 |
| **Utilities** | | | | | | | |
| **Sewer & Refuse** | | | | | | | |
| Check | 07/18/2017 | EFT | CITY OF YORK | Sewer & Refuse | 475.06 | | 475.06 |
| Check | 07/18/2017 | EFT | CITY OF YORK | Sewer & Refuse | 257.41 | | 732.47 |
| Check | 07/18/2017 | EFT | CITY OF YORK | Sewer & Refuse | 61.43 | | 793.90 |
| Check | 07/28/2017 | 4454 | Penn Waste, Inc. | Sewer & Refuse | 131.14 | | 925.04 |
| Total Sewer & Refuse | | | | | 925.04 | 0.00 | 925.04 |
| **Garbage & Recycling** | | | | | | | |
| Check | 07/20/2017 | 2037 | JOHNSON INC | Garbage & Recycling | 81.00 | | 81.00 |
| Total Garbage & Recycling | | | | | 81.00 | 0.00 | 81.00 |
| **Gas & Electric** | | | | | | | |
| Check | 07/10/2017 | 4407 | MET ED | Gas & Electric | 85.44 | | 85.44 |
| Check | 07/24/2017 | 4425 | COLUMBIA GAS | Gas & Electric | 0.00 | | 85.44 |
| Total Gas & Electric | | | | | 85.44 | 0.00 | 85.44 |
| **Telephone** | | | | | | | |
| Check | 07/07/2017 | 4405 | Verizon Wireless | Telephone | 53.30 | | 53.30 |
| Total Telephone | | | | | 53.30 | 0.00 | 53.30 |
| **Water** | | | | | | | |
| Check | 07/17/2017 | EFT | York Water Co | Water | 51.92 | | 51.92 |
| Check | 07/17/2017 | EFT | York Water Co | Water | 51.71 | | 103.63 |
| Check | 07/17/2017 | EFT | York Water Co | Water | 50.15 | | 153.78 |
| Check | 07/17/2017 | EFT | York Water Co | Water | 25.31 | | 179.09 |
| General Journal | 07/17/2017 | | | Water | 59.25 | | 238.34 |
| Total Water | | | | | 238.34 | 0.00 | 238.34 |
| Total Utilities | | | | | 1,383.12 | 0.00 | 1,383.12 |
| **TOTAL** | | | | | 9,832.99 | 296.56 | 9,536.43 |

Michael E. and Dora L. Markle
Case No. 1:17-bk-02795HWV
Exhibit D - Unpaid Bills

| Type | Date | Name | Purpose | Due Date | Amount |
|------|------|------|---------|----------|--------|
| Current | | | | | |
| Bill | 07/25/2017 | JUNIATA MUTUAL INSURANCE CO. | Insurance Coverage | 09/12/2017 | 1,750.00 |
| | | | | | 1,750.00 |

Michael E. and Dora L. Markle
Case No. 1:17-bk-02795HWV
Exhibit E - Receivables

Note: Tenant Invoicing and payments are tracked in a separate software and not recorded in the QuickBooks.

| Payer Name | Charge Date | GL Account Number | GL Account Name | Amount Receivable | 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|---|---|---|---|---|
| - 201 Chestnut Street York, PA 17403 - Unit Main Office - Midor Property Management - Tenant | | | | | | | | |
| Midor Property Management - Tenant | 07/01/2017 | 4000 | Rent/Lease Income | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| 113 N West St. - 113 N West St York, PA 17404 - No Unit - Murray, Rosie | | | | | | | | |
| Murray, Rosie | 07/25/2017 | 4135 | Sewer Income | 23.66 | 23.66 | 0.00 | 0.00 | 0.00 |
| Murray, Rosie | 07/25/2017 | 4150 | Refuse Income | 26.85 | 26.85 | 0.00 | 0.00 | 0.00 |
| | | | | **50.51** | **50.51** | **0.00** | **0.00** | **0.00** |
| 155 W King St. - 155 W King St. York, PA 17401 - Unit 2 - Montalvo, Jose | | | | | | | | |
| Montalvo, Jose | 07/04/2017 | 4100 | Late Charge Income | 54.50 | 54.50 | 0.00 | 0.00 | 0.00 |
| 836 Fern Pl. - 836 Fern Pl York, PA 17404 - No Unit - Boldizar, Destiney L. | | | | | | | | |
| Boldizar, Destiney L. | 07/01/2017 | 4000 | Rent/Lease Income | 0.81 | 0.81 | 0.00 | 0.00 | 0.00 |
| Total | | | | **405.82** | **405.82** | **0.00** | **0.00** | **0.00** |



PO Box 192
Indiana, PA 15701
877.442.8248
integritybankonline.com

Michael E. and Dora L. Markle
Case No. 1:17-bk-02795HWV
Exhibit F - Banking Information

Downtown York Office
Account Number: 5988
Type: **Checking & More With Interest**

MICHAEL E MARKLE
DORA L MARKLE
1071 E RIVER DR
WRIGHTSVILLE PA 17368-1360

*Page 1 of 2*
Statement from:
July 21 to July 31, 2017

Enclosures 0

| ACCOUNT SUMMARY | | INTEREST DISCLOSURE | |
|---|---|---|---|
| Previous Statement Balance | $ 1,940.31 | Annual Percentage Yield (APY) Earned | 0.00% |
| Deposits and Other Additions | 0.00 | Interest-Bearing Days | 10 |
| Checks Paid and Other Subtractions | 1,940.31 | Average Balance for APY | $ 1,720.90 |
| Ending Balance on July 31, 2017 | $ 0.00 | Interest Paid this Statement | $ 0.00 |
| Low Balance | $ 0.00 | Interest Paid YTD | $ 0.12 |
| Average Ledger Balance | $ 1,564.45 | | |

### DAILY ACTIVITY ON YOUR ACCOUNT NUMBER: 0202005988

| | | Subtractions | Additions | Balance |
|---|---|---|---|---|
| 07-21 | Previous Statement Balance | | | $ 1,940.31 |
| 07-25 | #Loan Payment Draft | $ 365.69 - | | $ 1,574.62 |
| | AUTOMATIC LOAN PAY | | | |
| 07-31 | Check | $ 1,574.62 - | | $ 0.00 |
| 07-31 | Ending Totals | $ 1,940.31 - | $ 0.00 | $ 0.00 |

### CHECKS PAID IN CHECK NUMBER ORDER

| Check No. | Amount | Check No. | Amount | Check No. | Amount |
|---|---|---|---|---|---|
| | $ 1,574.62 | | | | |

### WITHDRAWALS

| Date | | Amount | Date | | Amount |
|---|---|---|---|---|---|
| 07-25 | Loan payment draft | 365.69 | | | |

This is the final statement on your account.

17368

MEMBER FDIC

# MICHAEL & DORA MARKLE
## Reconciliation Summary
### Wells Fargo DIP Checking - 8806, Period Ending 07/31/2017

Exhibit F

|  | Jul 31, 17 |
|---|---|
| Beginning Balance | 0.00 |
|   Cleared Transactions |  |
|     Checks and Payments - 28 items | -2,106.15 |
|     Deposits and Credits - 6 items | 18,325.60 |
|   Total Cleared Transactions | 16,219.45 |
| Cleared Balance | 16,219.45 |
|   Uncleared Transactions |  |
|     Checks and Payments - 5 items | -296.51 |
|   Total Uncleared Transactions | -296.51 |
| Register Balance as of 07/31/2017 | 15,922.94 |
|   New Transactions |  |
|     Checks and Payments - 60 items | -16,037.61 |
|     Deposits and Credits - 6 items | 2,338.05 |
|   Total New Transactions | -13,699.56 |
| Ending Balance | 2,223.38 |

Case 1:17-bk-02795-HWV   Doc 37   Filed 09/12/17   Entered 09/12/17 09:13:27   Desc
Main Document    Page 12 of 22

# MICHAEL & DORA MARKLE
## Reconciliation Detail
### Wells Fargo DIP Checking - 8806, Period Ending 07/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 28 items** | | | | | | |
| Check | 07/23/2017 | EFT | RUTTERS | X | -84.03 | -84.03 |
| Check | 07/24/2017 | EFT | Compuchecks.com | X | -162.89 | -246.92 |
| Check | 07/24/2017 | EFT | Dick's Sporting goods | X | -132.48 | -379.40 |
| Check | 07/24/2017 | EFT | RUTTERS | X | -27.01 | -406.41 |
| Check | 07/25/2017 | | Dick's Sporting goods | X | -131.30 | -537.71 |
| Check | 07/25/2017 | | GIANT | X | -64.18 | -601.89 |
| Check | 07/25/2017 | | Books a million | X | -23.27 | -625.16 |
| Check | 07/26/2017 | | Hess Gas | X | -35.00 | -660.16 |
| Check | 07/26/2017 | | RUTTERS | X | -28.59 | -688.75 |
| Check | 07/26/2017 | | WENDYS | X | -19.58 | -708.33 |
| Check | 07/27/2017 | EFT | | X | -101.50 | -809.83 |
| Check | 07/28/2017 | | After Dark Investigat... | X | -152.60 | -962.43 |
| Check | 07/28/2017 | | RUTTERS | X | -88.76 | -1,051.19 |
| Check | 07/28/2017 | | Gettysburg Foundati... | X | -68.00 | -1,119.19 |
| Check | 07/28/2017 | | Jigar Petroleum | X | -58.25 | -1,177.44 |
| Check | 07/28/2017 | | J + A Laundry Service | X | -50.49 | -1,227.93 |
| Check | 07/28/2017 | 4453 | Wanda Neiman | X | -25.00 | -1,252.93 |
| Check | 07/28/2017 | | SUE'S GROCERY | X | -21.40 | -1,274.33 |
| Check | 07/28/2017 | | NEW INSIGHTS | X | -18.00 | -1,292.33 |
| Check | 07/28/2017 | 4451 | Hector Rivera | X | -17.50 | -1,309.83 |
| Check | 07/28/2017 | | MCDONALDS | X | -8.03 | -1,317.86 |
| Check | 07/28/2017 | | Wells Fargo | X | -2.50 | -1,320.36 |
| Check | 07/29/2017 | | CASH | X | -302.00 | -1,622.36 |
| Check | 07/29/2017 | | Edie's Restaurant | X | -85.66 | -1,708.02 |
| Check | 07/29/2017 | | WAL MART | X | -58.63 | -1,766.65 |
| Check | 07/30/2017 | | WAL MART | X | -106.29 | -1,872.94 |
| Check | 07/30/2017 | | American Eagle | X | -84.63 | -1,957.57 |
| Check | 08/01/2017 | | GIANT | X | -148.58 | -2,106.15 |
| | Total Checks and Payments | | | | -2,106.15 | -2,106.15 |
| | | | | | | |
| **Deposits and Credits - 6 items** | | | | | | |
| Check | 07/12/2017 | EFT | | X | 200.00 | 200.00 |
| Deposit | 07/19/2017 | | | X | 155.08 | 355.08 |
| Deposit | 07/21/2017 | | | X | 12,753.82 | 13,108.90 |
| Check | 07/25/2017 | 4428 | Wells Fargo | X | 3,300.00 | 16,408.90 |
| Deposit | 07/31/2017 | | | X | 0.02 | 16,408.92 |
| Transfer | 08/01/2017 | | | X | 1,916.68 | 18,325.60 |
| | Total Deposits and Credits | | | | 18,325.60 | 18,325.60 |
| | Total Cleared Transactions | | | | 16,219.45 | 16,219.45 |
| Cleared Balance | | | | | 16,219.45 | 16,219.45 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 5 items** | | | | | | |
| Check | 07/28/2017 | 4454 | Penn Waste, Inc. | | -131.14 | -131.14 |
| Check | 07/28/2017 | 4452 | Moodys Construction | | -100.00 | -231.14 |
| Check | 07/28/2017 | 4450 | SCOTT SWEITZER | | -20.00 | -251.14 |
| Check | 07/31/2017 | | RUTTERS | | -27.00 | -278.14 |
| Check | 07/31/2017 | EFT | RUTTERS | | -18.37 | -296.51 |
| | Total Checks and Payments | | | | -296.51 | -296.51 |
| | Total Uncleared Transactions | | | | -296.51 | -296.51 |
| Register Balance as of 07/31/2017 | | | | | 15,922.94 | 15,922.94 |

# MICHAEL & DORA MARKLE
## Reconciliation Detail
### Wells Fargo DIP Checking - 8806, Period Ending 07/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **New Transactions** | | | | | | |
| **Checks and Payments - 60 items** | | | | | | |
| Check | 08/01/2017 | | NEW INSIGHTS | | -18.00 | -18.00 |
| Check | 08/02/2017 | 4551 | Wells Fargo | | -1,900.00 | -1,918.00 |
| Check | 08/02/2017 | 4555 | Capital Blue Cross | | -419.15 | -2,337.15 |
| Check | 08/02/2017 | 4552 | PPL | | -315.41 | -2,652.56 |
| Check | 08/02/2017 | | BEST BUY | | -252.27 | -2,904.83 |
| Check | 08/02/2017 | 4554 | COMCAST | | -237.23 | -3,142.06 |
| Check | 08/02/2017 | 4553 | NATIONWIDE | | -184.19 | -3,326.25 |
| Check | 08/02/2017 | | SHEETZ | | -84.03 | -3,410.28 |
| Check | 08/02/2017 | | GIANT | | -49.60 | -3,459.88 |
| Check | 08/02/2017 | | BEST BUY | | -21.19 | -3,481.07 |
| Check | 08/03/2017 | | GIANT | | -133.14 | -3,614.21 |
| Check | 08/03/2017 | | TURKEY HILL | | -28.00 | -3,642.21 |
| Check | 08/04/2017 | 4455 | S&T Bank | | -500.00 | -4,142.21 |
| Check | 08/04/2017 | 4463 | CITY OF YORK | | -292.58 | -4,434.79 |
| Check | 08/04/2017 | 4462 | GCI, Inc. | | -192.00 | -4,626.79 |
| Check | 08/04/2017 | 4456 | CITY OF YORK | | -137.42 | -4,764.21 |
| Check | 08/04/2017 | 4461 | Hector Rivera | | -17.50 | -4,781.71 |
| Check | 08/05/2017 | EFT | At&t Mobility | | -165.66 | -4,947.37 |
| Check | 08/05/2017 | | RUTTERS | | -86.02 | -5,033.39 |
| Check | 08/05/2017 | | global link | | -25.00 | -5,058.39 |
| Check | 08/06/2017 | | SUE'S GROCERY | | -6.99 | -5,065.38 |
| Check | 08/07/2017 | 4460 | York Water Co | | -253.16 | -5,318.54 |
| Check | 08/07/2017 | | LOWES | | -217.27 | -5,535.81 |
| Check | 08/07/2017 | 4457 | MET ED | | -100.07 | -5,635.88 |
| Check | 08/07/2017 | 4458 | Verizon Wireless | | -53.36 | -5,689.24 |
| Check | 08/07/2017 | | RUTTERS | | -30.00 | -5,719.24 |
| Check | 08/07/2017 | | LOWES | | -7.98 | -5,727.22 |
| Check | 08/08/2017 | | LOWES | | -128.84 | -5,856.06 |
| Check | 08/08/2017 | | RUTTERS | | -85.39 | -5,941.45 |
| Check | 08/08/2017 | | WALGREENS | | -38.66 | -5,980.11 |
| Check | 08/08/2017 | | Hess Gas | | -35.00 | -6,015.11 |
| Check | 08/08/2017 | | RUTTERS | | -27.00 | -6,042.11 |
| Check | 08/09/2017 | | WAL MART | | -41.52 | -6,083.63 |
| Check | 08/09/2017 | | TURKEY HILL | | -30.00 | -6,113.63 |
| Check | 08/10/2017 | 4459 | Tucker-Belle | | -482.61 | -6,596.24 |
| Check | 08/10/2017 | | Bob Evans | | -45.71 | -6,641.95 |
| Check | 08/10/2017 | | Park Harrisburg | | -15.00 | -6,656.95 |
| Check | 08/11/2017 | | GIANT | | -194.96 | -6,851.91 |
| Check | 08/11/2017 | 4469 | SCOTT SWEITZER | | -105.00 | -6,956.91 |
| Check | 08/11/2017 | 4465 | Hector Rivera | | -52.50 | -7,009.41 |
| Check | 08/11/2017 | 4464 | Wanda Neiman | | -25.00 | -7,034.41 |
| Check | 08/12/2017 | | RUTTERS | | -57.54 | -7,091.95 |
| Check | 08/12/2017 | | GIANT | | -43.87 | -7,135.82 |
| Check | 08/12/2017 | | RUTTERS | | -39.65 | -7,175.47 |
| Check | 08/13/2017 | | GNC | | -239.15 | -7,414.62 |
| Check | 08/13/2017 | | Addidas Outlet | | -113.17 | -7,527.79 |
| Check | 08/14/2017 | | CVS | | -244.98 | -7,772.77 |
| Check | 08/14/2017 | | RUTTERS | | -76.64 | -7,849.41 |
| Check | 08/15/2017 | 4556 | MEMBERS 1ST | | -539.71 | -8,389.12 |
| Check | 08/15/2017 | | Safe Haven Center | | -70.00 | -8,459.12 |
| Check | 08/16/2017 | EFT | MEMBERS 1ST | | -4,352.67 | -12,811.79 |
| Check | 08/16/2017 | 4466 | MET ED | | -41.28 | -12,853.07 |
| Bill Pmt -Check | 08/18/2017 | 4473 | JUNIATA MUTUAL I... | | -1,104.00 | -13,957.07 |
| Check | 08/18/2017 | 4467 | Ditech Financial, LLC | | -676.95 | -14,634.02 |
| Check | 08/18/2017 | 4472 | Hector Rivera | | -262.50 | -14,896.52 |
| Check | 08/18/2017 | 4471 | LEPPO CARPET | | -99.64 | -14,996.16 |
| Check | 08/18/2017 | 4470 | COLUMBIA GAS | | -35.52 | -15,031.68 |
| Check | 08/21/2017 | 4468 | First National Bank | | -469.35 | -15,501.03 |
| Check | 08/23/2017 | 4474 | First National Bank | | -366.58 | -15,867.61 |
| Check | 08/23/2017 | 4475 | NORTH YORK BOR... | | -170.00 | -16,037.61 |
| **Total Checks and Payments** | | | | | -16,037.61 | -16,037.61 |

# MICHAEL & DORA MARKLE
## Reconciliation Detail
### Wells Fargo DIP Checking - 8806, Period Ending 07/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 6 items** | | | | | | |
| Transfer | 08/01/2017 | | | | 96.95 | 96.95 |
| Transfer | 08/01/2017 | | | | 1,574.62 | 1,671.57 |
| Deposit | 08/05/2017 | | | | 410.02 | 2,081.59 |
| Deposit | 08/07/2017 | | | | 26.48 | 2,108.07 |
| Deposit | 08/10/2017 | | | | 21.19 | 2,129.26 |
| Deposit | 08/10/2017 | | | | 208.79 | 2,338.05 |
| Total Deposits and Credits | | | | | 2,338.05 | 2,338.05 |
| Total New Transactions | | | | | -13,699.56 | -13,699.56 |
| **Ending Balance** | | | | | 2,223.38 | 2,223.38 |

# Wells Fargo® Preferred Checking



MICHAEL E MARKLE
DORA L MARKLE
DEBTOR IN POSSESSION
CH 11 CASE 1-17-02795(HWV)
1071 E RIVER DR
WRIGHTSVILLE PA 17368-1360

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**  (1-800-869-3557)

*TTY: 1-800-877-4833*
*En español: 1-877-727-2932*
華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online: wellsfargo.com*

*Write:*  Wells Fargo Bank, N.A. (345)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ☐ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☐ | Overdraft Protection | ☐ |
| Mobile Banking | ☐ | Debit Card | ☐ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/19 | $0.00 |
| Deposits/Additions | 18,325.60 |
| Withdrawals/Subtractions | - 2,106.15 |
| **Ending balance on 7/31** | **$16,219.45** |

Account number:     8806

**MICHAEL E MARKLE**
**DORA L MARKLE**
**DEBTOR IN POSSESSION**
**CH 11 CASE 1-17-02795(HWV)**

*Pennsylvania account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 031000503

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Sheet Seq = 0060444
Sheet 00001 of 00003



## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.02 |
| Average collected balance | $8,175.80 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.02 |
| Interest paid this year | $0.02 |

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/19 | | Deposit | 355.08 | | 355.08 |
| 7/24 | | Deposit Made In A Branch/Store | 12,753.82 | | 13,108.90 |
| 7/25 | | eDeposit IN Branch/Store 07/25/17 04:27:44 Pm 50 Haines Rd York PA 8806 | 3,300.00 | | |
| 7/25 | | Purchase authorized on 07/23 Rutter's Farm Stre Wrightsville PA S307204621345990 Card 1194 | | 84.03 | |
| 7/25 | | Purchase authorized on 07/24 Dick's Clothing&Sp York PA S467205764402367 Card 1194 | | 132.48 | |
| 7/25 | | Purchase authorized on 07/25 Books A Million York PA P00000000040076611 Card 1202 | | 23.27 | |
| 7/25 | | Purchase authorized on 07/25 Giant 6087 York PA P00587206743892300 Card 1202 | | 64.18 | |
| 7/25 | | Purchase authorized on 07/25 Dick's Clothing&Sporti York PA P00000000852648355 Card 1202 | | 131.30 | |
| 7/25 | | Compuchecks.Com Sigonfile 072517 P24Hk7 1156086 | | 162.89 | 15,810.75 |
| 7/26 | | Purchase authorized on 07/24 Rutter's Farm Stre Wrightsville PA S467205598854343 Card 1194 | | 27.01 | |
| 7/26 | | Purchase authorized on 07/26 Hess Quality York PA P00000000849353552 Card 1202 | | 35.00 | |
| 7/26 | | Purchase authorized on 07/26 Rutter's Farm S Wrightsville PA P00000000643625926 Card 1202 | | 28.59 | 15,720.15 |
| 7/27 | | Non-WF ATM Withdrawal authorized on 07/27 139 N. Duke Street York PA 00387208657026386 ATM ID Bx6204 Card 1194 | | 101.50 | 15,618.65 |
| 7/28 | | Purchase authorized on 07/26 Wendys #6445 York PA S3872075885393517 Card 1202 | | 19.58 | |
| 7/28 | | Purchase authorized on 07/27 J+A Laundry Servi York PA S08720868887974 Card 1194 | | 50.49 | |
| 7/28 | | Purchase authorized on 07/28 Jigar Petroleum Inc Shrewsbury PA P00467209740203557 Card 1202 | | 58.25 | |
| 7/28 | | Purchase authorized on 07/28 Rutter's Farm S York PA P00000000879406208 Card 1202 | | 88.76 | |
| 7/28 | 4451 | Deposited OR Cashed Check | | 17.50 | 15,384.07 |
| 7/31 | | eDeposit IN Branch/Store 07/31/17 04:35:03 Pm 50 Haines Rd York PA 8806 | 1,916.68 | | |
| 7/31 | | Purchase authorized on 07/27 Sue's Food Mart Wrightsville PA S087208837803327 Card 1194 | | 21.40 | |
| 7/31 | | Purchase authorized on 07/28 McDonald's F01616 York PA S467209480612215 Card 1202 | | 8.03 | |
| 7/31 | | Purchase authorized on 07/28 New Insights II IN York PA S58720950464606 Card 1202 | | 18.00 | |
| 7/31 | | Purchase authorized on 07/29 Wal-Mart Wal-Mart Sto Gettysburg PA P00000000346939869 Card 1202 | | 58.63 | |
| 7/31 | | Non-WF ATM Withdrawal authorized on 07/29 1270 York Rd Gettysburg PA 00587210444213940 ATM ID Sr010487 Card 1202 | | 302.00 | |
| 7/31 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 7/31 | | Purchase authorized on 07/29 Sq *After Dark Inv Hanover PA S587210668280066 Card 1202 | | 152.60 | |
| 7/31 | | Purchase authorized on 07/29 Gettysburg Foundat 717-3381243 PA S307210675581746 Card 1202 | | 68.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 7/31 | | Purchase authorized on 07/29 Gettysburg Eddies Gettysburg PA S387210722339159 Card 1202 | | 85.66 | |
| 7/31 | | Purchase with Cash Back $ 100.00 authorized on 07/30 Wal-Mart #1537 Gettysburg PA P00000000537599174 Card 1202 | | 106.29 | |
| 7/31 | | Purchase authorized on 07/30 American Eagle Gettysburg PA P00000000231573156 Card 1202 | | 84.63 | |
| 7/31 | | Purchase with Cash Back $ 40.00 authorized on 07/31 Giant 6087 York PA P00387212863084128 Card 1202 | | 148.58 | |
| 7/31 | 4453 | Check | | 25.00 | |
| 7/31 | | Interest Payment | 0.02 | | 16,219.45 |
| **Ending balance on 7/31** | | | | | 16,219.45 |
| **Totals** | | | **$18,325.60** | **$2,106.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written   (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|
| 4451 | 7/28 | 17.50 | 4453 * | 7/31 | 25.00 |

*  Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/19/2017 - 07/31/2017 | Standard monthly service fee $15.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|------|------|------|
| Have any **ONE** of the following account requirements | | |
| · Total amount of qualifying direct deposits | $1,000.00 | $0.00 ☐ |
| · Linked Wells Fargo home mortgage | 1 | 1 ☑ |
| · Combined balances in linked accounts, which may include | $10,000.00 | $0.00 ☐ |
| - Minimum daily balance in checking, savings, time accounts (CDs) and FDIC-insured retirement accounts | | |

JOVB

 

# IMPORTANT ACCOUNT INFORMATION

Periodically, it is necessary to update selected sections of the disclosures you received when you opened your account. These updates provide you with the most up to date account information and are very important; so please review this information carefully and feel free to contact us with any questions or concerns.

We updated the Consumer Account Agreement ("Agreement"). In the section titled "Available balance, posting order, and overdrafts," the following question about our standard overdraft coverage was added:

Case 1:17-bk-02795-HWV    Doc 37    Filed 09/12/17    Entered 09/12/17 09:13:27    Desc
Main Document      Page 18 of 22

# MICHAEL & DORA MARKLE
## Profit & Loss
### July 6 - 31, 2017

|  | Jul 6 - 31, 17 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Rental Income | 13,529.95 |
| Late Fees | 300.00 |
| Utility Income | 655.24 |
| Commissions | 8,949.68 |
| Interest Inc | 0.32 |
| **Total Income** | 23,435.19 |
| **Gross Profit** | 23,435.19 |
| **Expense** | |
| **Auto** | |
| Fuel | 536.72 |
| **Total Auto** | 536.72 |
| Bank Charge | 2.50 |
| Education | 50.79 |
| Equipment Rental | 0.00 |
| Eviction Fees | 138.85 |
| Gifts Given | 131.30 |
| Groceries | 21.40 |
| Interest - Mort | 3,018.80 |
| Interest Exp | 132.42 |
| License Fee | 0.00 |
| Maintenance | 1,656.74 |
| Meals & Entertainment | 524.78 |
| **Medical** | |
| Doctor/Dentists | 36.00 |
| Medicine | 37.37 |
| **Total Medical** | 73.37 |
| Miscellaneous | 0.00 |
| Office Expenses | 47.84 |
| Office Supplies | 269.18 |
| Personal Expenses | 1,311.12 |
| Accounting | 237.50 |
| **Utilities** | |
| Sewer & Refuse | 925.04 |
| Garbage & Recycling | 81.00 |
| Gas & Electric | 85.44 |
| Telephone | 53.30 |
| Water | 238.34 |
| **Total Utilities** | 1,383.12 |
| **Total Expense** | 9,536.43 |
| **Net Ordinary Income** | 13,898.76 |
| **Net Income** | 13,898.76 |

# MICHAEL & DORA MARKLE
## Balance Sheet
### As of July 31, 2017

| | Jul 31, 17 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Wells Fargo DIP Checking - 8806 | 15,729.46 |
| Members 1st - Savings 528 | 5.00 |
| Members 1st - Regular Savings | 108.96 |
| First National Bank | 96.95 |
| Members 1st - Business Savings | 1,916.68 |
| **Total Checking/Savings** | 17,857.05 |
| **Other Current Assets** | |
| **Escrow - Real Estate Taxes** | |
| 1071 E. River | 4,044.56 |
| 1008 N. George | 1,578.05 |
| **Total Escrow - Real Estate Taxes** | 5,622.61 |
| Due from Midor Properties | 9,695.01 |
| Due from MPM | 2,267.78 |
| **Total Other Current Assets** | 17,585.40 |
| **Total Current Assets** | 35,442.45 |
| **Fixed Assets** | |
| Furniture & Fixtures | 684.76 |
| Office Equipment | 3,049.68 |
| Rental Properties - Structures | 491,987.00 |
| Rental Properties - Land | 121,371.00 |
| Improvements | 578,422.84 |
| Appliances | 3,849.97 |
| Personal Residence - Structures | 171,239.52 |
| Personal Residence - Land | 34,880.00 |
| Vehicles | 78,817.10 |
| Accumulated Depreciation | -552,328.00 |
| **Total Fixed Assets** | 931,973.87 |
| **Other Assets** | |
| Points | 2,378.00 |
| Accumulated Amortization | -2,031.00 |
| **Total Other Assets** | 347.00 |
| **TOTAL ASSETS** | 967,763.32 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| **Credit Cards** | |
| Capital One | 3,176.89 |
| Discover | 3,482.21 |
| Chase | 8,311.13 |
| Care Credit | 700.00 |
| **Total Credit Cards** | 15,670.23 |
| **Total Credit Cards** | 15,670.23 |
| **Other Current Liabilities** | |
| Due to 141-147 | 15,081.97 |
| Due to MPM | 124.40 |
| Due to Midor Properties | 33,624.68 |

# MICHAEL & DORA MARKLE
## Balance Sheet
### As of July 31, 2017

|  | Jul 31, 17 |
|---|---|
| **Last Month's Rent** | |
| 1008 N. George #1 | 764.35 |
| 155 E. King #1 | 664.35 |
| 203 Chestnut #2 | 675.85 |
| 28 E. Jackson | 963.35 |
| 303 E. Cottage | 913.35 |
| 907 E. Princess | 934.35 |
| **Total Last Month's Rent** | **4,915.60** |
| **Security Deposits** | |
| 1001 E. River | 1,150.00 |
| 1008 N. George #1 | 725.00 |
| 1008 N. George #2 | 775.00 |
| 113 N. West | 750.00 |
| 155 W. King #1 | 625.00 |
| 155 W. King #2 & 3 | 675.00 |
| 203 Chestnut #1 | 625.00 |
| 203 Chestnut #2 | 650.00 |
| 203 Chestnut #3 | 595.00 |
| 215 Chestnut | 775.00 |
| 242 W. Maple | 875.00 |
| 257 N. Queen #2 | 750.00 |
| 28 E. Jackson | 925.00 |
| 303 E. Cottage | 875.00 |
| 538 Madison #1 | 725.00 |
| 538 Madison #2 | 785.00 |
| 737 E. Philadelphia | 875.00 |
| 836 Fern | 853.00 |
| 907 E. Princess | 895.00 |
| **Total Security Deposits** | **14,903.00** |
| Line of Credit-Loan# 1397401401 | 124,338.03 |
| **Total Other Current Liabilities** | **192,987.58** |
| **Total Current Liabilities** | **208,657.91** |
| **Long Term Liabilities** | |
| N Payable-Huntington//Mike Auto | 42,000.88 |
| Loan Payable M&T Bank | 12,966.05 |
| Note Payable-Members/Dora Auto | 24,977.71 |
| Mortgages | |
| 155 W. King | 21,695.01 |
| 1071 E. River - Loan# 025723962 | 154,679.53 |
| 28 E Jackson - Loan# 3740550 | 32,530.70 |
| 113 N. West - Loan# 319165-01 | 58,790.93 |
| 201 Chestnut - Loan# 319165-10 | 82,196.39 |
| 215 Chestnut - Loan# 319165-02 | 36,568.14 |
| 242 W. Maple - Loan# 319165-04 | 50,910.15 |
| 257 N. Queen - Loan# 319165-08 | 55,266.08 |
| 303 E. Cottage -Loan#1500299650 | 35,877.33 |
| 538 Madison - Loan# 319165-09 | 78,209.58 |
| 737 E. Phila - Loan# 1500291750 | 39,914.98 |
| 836 Fern - Loan# 3813350 | 27,581.68 |
| 907 E. Princess -Loan#319165-11 | 48,228.95 |
| 1001 E. River - Loan#319165-12 | 106,468.62 |
| 1008 N. George - Loan#827939646 | 57,203.03 |
| **Total Mortgages** | **886,121.10** |
| **Total Long Term Liabilities** | **966,065.74** |
| **Total Liabilities** | **1,174,723.65** |

# MICHAEL & DORA MARKLE
## Balance Sheet
### As of July 31, 2017

|  | Jul 31, 17 |
|---|---|
| **Equity** |  |
| Owner Equity | -256,139.96 |
| Owner Draw | -8,171.44 |
| Owner Contribution | 86,436.51 |
| Retained Earnings | -55,056.11 |
| Net Income | 25,970.67 |
| **Total Equity** | -206,960.33 |
| **TOTAL LIABILITIES & EQUITY** | 967,763.32 |