In re:                                                              Case No. 17-02795-HWV
Michael E. Markle                                                   Chapter 11
Dora L. Markle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar              Page 1 of 2              Date Rcvd: Sep 26, 2017
                        Form ID: pdf010              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2017.
```
db/jdb         +Michael E. Markle,    Dora L. Markle,    1071 E. River Drive,    Wrightsville, PA 17368-1360
aty            +Clayton W Davidson,    McNees Wallace & Nurick LLC,    100 Pine Street,
                 Harrisburg, PA 17101-1288
4942142        +1st National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
4955908         American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4942149       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot,    P.O. Box 182676,    Columbus, OH 43218-2676)
4942143         Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
4942144         Capital One Bank,    P.O. Box 71083,    Charlotte, NC 28272-1083
4961967         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4942146         Chase Card,    P.O. Box 16123,    Wilmington, DE 19850
4963404        +First National Bank of Pennsylvania,    c/o Donna M. Donaher,    100 Federal Street, 4th Floor,
                 Pittsburgh, PA 15212-5708
4964280        +First National Bank of Pennsylvania,    c/o Donna M. Donaher, Esquire,    100 Federal Street,
                 Pittsburgh, PA 15212-5708
4942148         Global Connections Inc.,    c/o Processing Center,    P.O. Box 5096,    Chicago, IL 60680-5096
4942152         Lowes American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
4942155         Pennsylvania Department of Revenue,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA 17108-0946
4942156         S&T Bank,    P.O. Box 469,    Indiana, PA 15701-0469
4962240         S&T Bank, A Successor,    of Integrity Bank,    C/O Clayton W. Davidson, Esquire,
                 100 Pine Street - P.O. Box 1166,    Harrisburg, PA 17108-1166
4942159        +Tucker-Belle, LLC,    3877 Gamber Road,    Finksburg, MD 21048-2518
4942160         Wells Fargo,    P.O. Box 11701,    Newark, NJ 07101-4701
4961421         Wells Fargo Bank, N.A.,    Default Document Processing,    1000 Blue Gentian Road, N9286-01Y,
                 Eagan MN 55121-7700
4942161        +Wellspan,    1001 S. George Street,    York, PA 17403-3676
4942162        +York County Tax Claim Bureau,    28 East Market Street, Room 105,    York, PA 17401-1587
4952382        +York Hospital,    1001 S George St,    York, PA 17403-3645
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: cio.bncmail@irs.gov Sep 26 2017 18:48:36      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
4942145         E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2017 18:49:00      Care Credit,
                 Attn: Synchrony Financial,    P.O. Box 960061,    Orlando, FL 32896-0061
4942147         E-mail/Text: bankruptcy.bnc@ditech.com Sep 26 2017 18:48:37      Ditech,    P.O. Box 94710,
                 Palatine, IL 60094-4710
4951347         E-mail/Text: bankruptcy.bnc@ditech.com Sep 26 2017 18:48:37
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
4942150        +E-mail/Text: bankruptcy@huntington.com Sep 26 2017 18:48:41      Huntington Bank,
                 2361 Morse Road,    Columbus, OH 43229-5891
4942153         E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2017 18:49:14      Lowes Business Account,
                 P.O. Box 530970,    Atlanta, GA 30353-0970
4953477         E-mail/Text: camanagement@mtb.com Sep 26 2017 18:48:38      M&T Bank,    P.O. Box 64679,
                 Baltimore, MD 21264-4679
4942154        +E-mail/Text: unger@members1st.org Sep 26 2017 18:48:48      Members 1st Credit Union,
                 5000 Louise Drive,    Mechanicsburg, PA 17055-4899
4942940        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2017 18:55:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4943099        +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2017 18:49:29      SYNCHRONY BANK,
                 C/O PRA RECEIVABLES MNGMT LLC,    PO BOX 41021,    NORFOLK, VA 23541-1021
4942157        +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2017 18:49:14      Sam’s Club Mastercard,
                 P.O. Box 960013,    Orlando, FL 32896-0013
4942158        +E-mail/Text: nyrobankruptcy@sec.gov Sep 26 2017 18:48:42      Securities and Exchange Commission,
                 3 World Financial Center,    New York, NY 10281-1022
4949900        +E-mail/Text: bankruptcy@huntington.com Sep 26 2017 18:48:41      The Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +First National Bank of Pennsylvania,    c/o Donna M. Donaher,    100 Federal Street,   4th Floor,
                 Pittsburgh, PA 15212-5708
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4953476*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Home Depot,    P.O. Box 182676,    Columbus, OH 4321-2676)
4942151*        Internal Revenue Service,    Bankruptcy Section,    P.O. Box 628,    Pittsburgh, PA 15230
                                                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2017 at the address(es) listed below:

      Clayton William Davidson    on behalf of Miscellaneous Participant    S&T Bank successor to Integrity Bank cdavidson@mwn.com, nwelch@mwn.com
      Craig A. Diehl    on behalf of Joint Debtor Dora L. Markle cdiehl@cadiehllaw.com, jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
      Craig A. Diehl    on behalf of Debtor Michael E. Markle cdiehl@cadiehllaw.com, jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
      D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
      Donna Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
      James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                  TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
MICHAEL E. MARKLE and : CASE NO. 1:17-bk-02795HWV
DORA L. MARKLE, :
:
    Debtor-in-Possession : CHAPTER 11
:

## ORDER

Upon consideration of the Amended Motion of Attorney for Debtor-in-Possession to retain the accounting firm, Fiedler & Company, Inc. (the "Amended Motion") to represent Debtor in this proceeding at the rates set forth in the Amended Motion, good reason appearing therefore, and after notice and a hearing, it is hereby

**ORDERED** that counsel's Amended Motion is **GRANTED** and the estate is granted leave to employ Fiedler & Company, Inc. as accountant to represent Debtor's interests in this proceeding as of August 8, 2017, the date of the original motion to retain Fiedler & Company, Inc.

By the Court,

Henry W. Van Eck, Bankruptcy Judge (LS)

Dated: September 26, 2017