```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
In re:                                                     Case No. 17-02795-HWV
Michael E. Markle                                          Chapter 11
Dora L. Markle
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: DDunbar            Page 1 of 1         Date Rcvd: May 15, 2018
                              Form ID: orhrds11        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: cdiehl@cadiehllaw.com May 15 2018 18:57:43      Craig A. Diehl,   3464 Trindle Road,
             Camp Hill, PA  17011-4436
                                                                                                     TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:
              Christopher E Rice    on behalf of Creditor    Members 1st Federal Credit Union
               crice@martsonlaw.com, teckenroad@martsonlaw.com
              Clayton William Davidson    on behalf of Creditor    S&T Bank successor to Integrity Bank
               cdavidson@mwn.com, nwelch@mwn.com
              Craig A. Diehl    on behalf of Debtor 1 Michael E. Markle cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              Craig A. Diehl    on behalf of Debtor 2 Dora L. Markle cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              Donna Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                     TOTAL: 9

orhrds11(03/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Michael E. Markle
Dora L. Markle
1071 E. River Drive
Wrightsville, PA 17368

**Debtor(s)**

Chapter: **11**

Case number: **1:17−bk−02795−HWV**

Last four digits of Social Security or Individual Tax−Payer Identification (ITIN) No(s):
  xxx−xx−0543
  xxx−xx−4424

Employer's Tax Identification No(s)(if any):

### Order and Notice for Hearing on Disclosure Statement

**To the debtor, its creditors, and other parties in interest:**

The disclosure statement and plan under Chapter 11 of the Bankruptcy Code having been filed by **Craig A. Diehl, Esq** on **May 15, 2018.**

**IT IS ORDERED** and notice is hereby given, that:

1. The hearing to consider approval of the disclosure statement shall be held at: **Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 on June 26, 2018 at 09:30 AM.**

2. **June 19, 2018** is fixed as the last day for filing and serving in accordance with Federal Rules of Bankruptcy Procedure 3017(a) written objections to the disclosure statement.

3. Within seven (7) days after entry of this order, the disclosure statement and plan shall be distributed in accordance with Federal Rule of Bankruptcy Procedure 3017(a).

4. Requests for copies of the disclosure statement and plan shall be mailed to debtor in possession or counsel at the following mailing address:

Craig A. Diehl
3464 Trindle Road
Camp Hill, PA 17011−4436

Dated: May 15, 2018

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.