```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                         Case No. 17-02795-HWV
Michael E. Markle                                              Chapter 11
Dora L. Markle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar            Page 1 of 1           Date Rcvd: Jun 12, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
db/jdb        +Michael E. Markle,   Dora L. Markle,   1071 E. River Drive,   Wrightsville, PA 17368-1360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:
              Christopher E Rice    on behalf of Creditor    Members 1st Federal Credit Union
               crice@martsonlaw.com, teckenroad@martsonlaw.com
              Clayton William Davidson    on behalf of Creditor    S&T Bank successor to Integrity Bank
               cdavidson@mwn.com, nwelch@mwn.com
              Craig A. Diehl    on behalf of Debtor 1 Michael E. Markle cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              Craig A. Diehl    on behalf of Debtor 2 Dora L. Markle cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              Donna Donaher    on behalf of Creditor    First National Bank of Pennsylvania donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
MICHAEL E. MARKLE and : CHAPTER 11
DORA L. MARKLE, :
:
      Debtors-in-Possession : CASE NO. 1:17-bk-02795HWV
:
: 1st APPLICATION FOR APPROVAL
: OF INTERIM COMPENSATION
:

### ORDER

AND NOW, the First Interim Chapter 11 Application of Law Offices of Craig A. Diehl for Allowance of Compensation out of the estate of Debtors-in-Possession this day coming to be heard, pursuant to notice and opportunity for hearing thereon given by the Court, and the Court having duly considered such Application, together with its supporting papers, and having considered the evidence presented, it is

HEREBY ORDERED that the First Interim Application of Law Offices of Craig A. Diehl as attorney for Debtors-in-Possession, for allowance of $6,127.50 for services and $241.90 for expenses, totaling $6,369.40 be, and the same hereby are allowed, the amounts claimed being considered fair and reasonable; that the amounts herein allowed to the Applicant are to be allowed as costs of administration in the case herein and to be paid by Debtors upon entry of this Order. The Applicant may apply a portion of a retainer previously paid to it to the fees approved in this Order.

Dated: June 12, 2018          By the Court,

                                                                Henry W. Van Eck, Bankruptcy Judge (KB)