UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| IN RE: | § | |
|---|---|---|
| | § | Case No.: 17-02795 |
| Michael E. Markle | § | |
| | § | |
| | § | |
| Debtor | § | Chapter: 13 |

**CREDITOR'S REQUEST TO BE INCLUDED ON MAILING MATRIX**

PLEASE TAKE NOTICE, that the creditor, CL45 MW Loan 1, LLC hereby appears in the above-entitled action, and that the undersigned for said creditor hereby requests all documents pertaining to this bankruptcy case be submitted to the undersigned, and that CL45 MW Loan 1, LLC is added to the U.S. Bankruptcy Court's matrix mailing list for service of documents to the following address:

CL45 MW Loan 1, LLC
c/o Midwest Servicing 4, LLC
Attn: SRB/315210161
3144 S. Winton Avenue
Rochester, NY 14623

Dated: 27th day of July 2018.

Midwest Servicing 4, LLC
Servicer for CL45 MW Loan 1, LLC

*S. Birrell*

Sean R. Birrell
Authorized Representative