LOCAL BANKRUPTCY FORM 3018-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL E. MARKLE and
DORA L. MARKLE

CHAPTER 11

CASE NO. 1 : 17 -bk- 02795HWV

Debtor(s)

## SECTION 1126 BALLOT REPORT FORM

| | # BALLOTS CAST | # ACCEPTING | # REJECTING | $ ACCEPTING | $ REJECTING | CLASS ACCEPTING | CLASS REJECTING |
|---|---|---|---|---|---|---|---|
| Class V | 0 | 0 | 0 | 0 | 0 | | |
| Class VIII | 1 | 0 | 1 | 0.00 | 76,200 | | X |
| Class IX | 1 | 1 | 0 | 230,000 | 0.00 | X | |
| Class XII | 2 | 2 | 0 | 24,373 | 0.00 | X | |

The following classes are impaired: IV, V, VIII, IX, XII.

Copies of all ballots not accepted are attached. An explanation of why the ballots were rejected, if applicable, is attached.

** No ballot casted. Class VIII creditor filed objection to plan.

PLAN ACCEPTED    YES [ ]    NO [✓]

The foregoing Report is accurate and complete.

Dated: August 8, 2018        /s/ Craig A. Diehl, Esq., CPA
                             Counsel for Plan Proponent