```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02795-HWV
Michael E. Markle                                                   Chapter 11
Dora L. Markle
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1              User: AGarner              Page 1 of 1              Date Rcvd: Aug 13, 2018
                                  Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
4963404        +First National Bank of Pennsylvania,    c/o Donna M. Donaher,   100 Federal Street, 4th Floor,
                 Pittsburgh, PA 15212-5708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
              Christopher E Rice    on behalf of Creditor   Members 1st Federal Credit Union
               crice@martsonlaw.com, teckenroad@martsonlaw.com
              Clayton William Davidson    on behalf of Creditor   S&T Bank successor to Integrity Bank
               cdavidson@mwn.com, nwelch@mwn.com
              Craig A. Diehl    on behalf of Debtor 1 Michael E. Markle cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              Craig A. Diehl    on behalf of Debtor 2 Dora L. Markle cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee   United States Trustee
               D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              David William Park    on behalf of Creditor   Members 1st Federal Credit Union
               dpark@martsonlaw.com, teckenroad@martsonlaw.com
              Donna Donaher    on behalf of Creditor   First National Bank of Pennsylvania donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Thomas Song    on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-02795-HWV
Chapter 11

In re: Debtor(s) (including Name and Address)

Michael E. Markle
1071 E. River Drive
Wrightsville PA 17368

Dora L. Markle
1071 E. River Drive
Wrightsville PA 17368

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/13/2018.

Name and Address of Alleged Transferor(s):

Claim No. 10: First National Bank of Pennsylvania, c/o Donna M. Donaher, 100 Federal Street, 4th Floor, Pittsburgh, PA 15212

Name and Address of Transferee:

CL45 MW Loan 1 LLC
c/o Midwest Servicing 4 LLC
Attn: SRB/315210161
3144 S Winton Avenue
Rochester, NY 14623

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/15/18

Terrence S. Miller
**CLERK OF THE COURT**