LOCAL BANKRUPTCY FORM 2016-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
MICHAEL E. MARKLE and : CHAPTER 11
DORA L. MARKLE :
: CASE NO. 1 - 17 -bk- 02795HWV
:
:
Debtor(s) :

**Amended**

**SUMMARY COVER SHEET**
**FEES AND EXPENSES APPLICATION**

a. Your applicant was appointed on 09/26/2017,
based on an application filed 08/08/2017.

b. Your applicant represents Michael and Dora Markle.

c. This application is a Final Application
(state whether interim or final application).

d. The total amount of compensation for which reimbursement is sought is $760.00 and is for the period from 04/06/2018 to 05/18/2018.

e. The total amount of expenses for which reimbursement is sought is $69.96 and is for the period from 04/06/2018 to 05/18/2018.

f. The dates and amounts of any retainer received are N/A.

g. The dates and amounts of withdrawals from the retainer by the Applicant are N/A.

h. The dates and amounts of previous compensation allowed are:
03/26/2018 - $6,916.90; 05/25/2018 - $2,707.50.

i. The dates and amounts of previous compensation paid are:
03/26/2018 - $6,916.90; 05/25/2018 - $2,707.50.

j. There are/are no objections to prior fee applications of Applicant that have not been ruled upon by the Court in this bankruptcy case.

Applicant's Signature

/s/ Craig A. Diehl, Esq., CPA

DATED: 09/05/2018