LOCAL BANKRUPTCY FORM 3019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL E. MARKLE and : CHAPTER 11
DORA L. MARLE :
: CASE NO. 1 - 17 -bk- 02795-HWV
:
:
Debtor(s) :

## CERTIFICATION REGARDING AMENDED PLAN OF REORGANIZATION

The undersigned counsel for the plan proponent in the above-captioned case, hereby certifies that the Amended Plan of Reorganization, filed November 21, 2018, contains changes to the Plan of Reorganization, filed 10/12/2018, of such nature and degree that:

1. ☐ notice must be circulated as if an original Plan of Reorganization;

2. ☐ notice need be sent only to the objectors to the last filed Plan of Reorganization;

3. ☑ no further notice is required and the Amended Plan of Reorganization can be confirmed as submitted. All pending objections to confirmation of the Plan of Reorganization have been resolved or settled by the modifications included in the Amended Plan of Reorganization, and the Amended Plan of Reorganization complies with the requirements of 11 U.S.C. § 1123 and § 1129.

Dated: 11/21/2018             /s/ Craig A. Diehl, Esq., CPA
                              Counsel for Plan Proponent