In re:                                                            Case No. 17-02795-HWV
Michael E. Markle                                                 Chapter 11
Dora L. Markle
        Debtors              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: TWilson          Page 1 of 2          Date Rcvd: Aug 16, 2019
                             Form ID: pdf010         Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
```
db/jdb        +Michael E. Markle,   Dora L. Markle,   1071 E. River Drive,   Wrightsville, PA 17368-1360
aty           +Clayton W Davidson,   McNees Wallace & Nurick LLC,   100 Pine Street,
               Harrisburg, PA 17101-1288
4942142       +1st National Bank,   4140 E. State Street,   Hermitage, PA 16148-3401
4955908        American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
4942149      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court:  Home Depot,   P.O. Box 182676,   Columbus, OH 43218-2676)
5090144       +CL45 MW Loan 1 LLC,   c/o Midwest Servicing 4 LLC,   Attn: SRB/315210161,
               3144 S Winton Avenue,   Rochester, NY 14623-2981
4942146        Chase Card,   P.O. Box 16123,   Wilmington, DE 19850
4991849        Clayton W. Davidson,   McNees Wallace & Nurick LLC,   100 Pine Street, P.O.Box 1166,
               Harrisburg, PA 17108-1166
4991852        Clayton W. Davidson, Esquire,   McNees Wallace & Nurick LLC,   100 Pine Street, P.O. Box 1166,
               Harrisburg, PA 17108-1166
4963404       +First National Bank of Pennsylvania,   c/o Donna M. Donaher,   100 Federal Street, 4th Floor,
               Pittsburgh, PA 15212-5708
4964280       +First National Bank of Pennsylvania,   c/o Donna M. Donaher, Esquire,   100 Federal Street,
               Pittsburgh, PA 15212-5708
4942148        Global Connections Inc.,   c/o Processing Center,   P.O. Box 5096,   Chicago, IL 60680-5096
4942152        Lowes American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
4994064       +M&T Bank,   PO Box 1508,   Buffalo, New York 14240-1508
5000384       +Members 1st Federal Credit Union,   Christopher E. Rice, Esquire,   MARTSON LAW OFFICES,
               10 East High Street,   Carlisle, PA 17013-3093
4942155        Pennsylvania Department of Revenue,   Bureau of Compliance,   Dept. 280946,
               Harrisburg, PA 17108-0946
4942156        S&T Bank,   P.O. Box 469,   Indiana, PA 15701-0469
4962240        S&T Bank, A Successor,   of Integrity Bank,   C/O Clayton W. Davidson, Esquire,
               100 Pine Street - P.O. Box 1166,   Harrisburg, PA 17108-1166
4991850       +S&T Bank, as successor to Integrity Bank,   355 North 5th Street,   Indiana, PA 15701-1940
4991851       +S&T Bank, as sucessor to Integrity Bank,   355 North 5th Street,   Indiana, PA 15701-1940
4991853       +S&T Bank, successor to Integrity Bank,   355 North 5th Street,   Indiana, PA 15701-1940
4942160        Wells Fargo,   P.O. Box 11701,   Newark, NJ 07101-4701
4974430        Wells Fargo Bank NA,   c/o Thomas Song, Esq.,,   1617 JFK Boulevard, Suite 1400,
               One Penn Center Plaza,   Philadelphia, PA 19103
4961421        Wells Fargo Bank, N.A.,   Default Document Processing,   1000 Blue Gentian Road, N9286-01Y,
               Eagan MN 55121-7700
4942161       +Wellspan,   1001 S. George Street,   York, PA 17403-3676
4942162       +York County Tax Claim Bureau,   28 East Market Street, Room 105,   York, PA 17401-1587
4952382       +York Hospital,   1001 S George St,   York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: cio.bncmail@irs.gov Aug 16 2019 19:20:07      Internal Revenue Service,
               PO Box 7346,   Philadelphia, PA  19101-7346
cr            +E-mail/Text: unger@members1st.org Aug 16 2019 19:20:20      Members 1st Federal Credit Union,
               500 Louise Drive,   PO Box 40,   Mechanicsburg, PA 17055-0040
4942143        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2019 19:29:04      Capital One,
               P.O. Box 71083,   Charlotte, NC 28272-1083
4942144        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2019 19:28:04      Capital One Bank,
               P.O. Box 71083,   Charlotte, NC 28272-1083
4961967        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 16 2019 19:29:04
               Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
4942145        E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2019 19:29:04      Care Credit,
               Attn: Synchrony Financial,   P.O. Box 960061,   Orlando, FL 32896-0061
4942147        E-mail/Text: bankruptcy.bnc@ditech.com Aug 16 2019 19:20:08      Ditech,   P.O. Box 94710,
               Palatine, IL 60094-4710
4951347        E-mail/Text: bankruptcy.bnc@ditech.com Aug 16 2019 19:20:08
               Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
4942150       +E-mail/Text: bankruptcy@huntington.com Aug 16 2019 19:20:12      Huntington Bank,
               2361 Morse Road,   Columbus, OH 43229-5891
4942153        E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2019 19:28:04      Lowes Business Account,
               P.O. Box 530970,   Atlanta, GA 30353-0970
4953477        E-mail/Text: camanagement@mtb.com Aug 16 2019 19:20:08      M&T Bank,   P.O. Box 64679,
               Baltimore, MD 21264-4679
4942154       +E-mail/Text: unger@members1st.org Aug 16 2019 19:20:20      Members 1st Credit Union,
               5000 Louise Drive,   Mechanicsburg, PA 17055-4899
4942940       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2019 19:28:05
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4943099       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2019 19:29:04      SYNCHRONY BANK,
               C/O PRA RECEIVABLES MNGMT LLC,   PO BOX 41021,   NORFOLK, VA 23541-1021
4942157       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2019 19:28:05      Sam's Club Mastercard,
               P.O. Box 960013,   Orlando, FL 32896-0013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4942158      +E-mail/Text: nyrobankruptcy@sec.gov Aug 16 2019 19:20:13     Securities and Exchange Commission,
              3 World Financial Center,   New York, NY 10281-1022
4977574      +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2019 19:29:04     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
4949900      +E-mail/Text: bankruptcy@huntington.com Aug 16 2019 19:20:12     The Huntington National Bank,
              P O Box 89424,   Cleveland OH 44101-6424
                                                                          TOTAL: 18
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          CL45 MW Loan 1 LLC
cr*        +First National Bank of Pennsylvania,   c/o Donna M. Donaher,   100 Federal Street,   4th Floor,
            Pittsburgh, PA 15212-5708
cr*        +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4953476*   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
            (address filed with court:  Home Depot,   P.O. Box 182676,   Columbus, OH 4321-2676)
4942151*     Internal Revenue Service,   Bankruptcy Section,   P.O. Box 628,   Pittsburgh, PA 15230
4942159    ##+Tucker-Belle, LLC,   3877 Gamber Road,   Finksburg, MD 21048-2518
                                                                    TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:

```
        Andrew L Spivack    on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
        Christopher E Rice    on behalf of Creditor   Members 1st Federal Credit Union
         crice@martsonlaw.com,   teckenroad@martsonlaw.com
        Clayton William Davidson    on behalf of Creditor   S&T Bank successor to Integrity Bank
         cdavidson@mwn.com,   nwelch@mwn.com
        Craig A. Diehl    on behalf of Debtor 1 Michael E. Markle cdiehl@cadiehllaw.com,
         jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
        Craig A. Diehl    on behalf of Debtor 2 Dora L. Markle cdiehl@cadiehllaw.com,
         jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
        D. Troy Sellars    on behalf of Asst. U.S. Trustee   United States Trustee
         D.Troy.Sellars@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
        David William Park    on behalf of Creditor   Members 1st Federal Credit Union
         dpark@martsonlaw.com,   teckenroad@martsonlaw.com
        Donna  Donaher    on behalf of Creditor   First National Bank of Pennsylvania donaherd@fnb-corp.com
        James  Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        Thomas  Song    on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 11
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                    :
MICHAEL E. MARKLE and                     :          CHAPTER 11
DORA L. MARKLE                            :
       Debtor-in-Possession           :          CASE NO. 1:17-bk-02795HWV
                                          :

## ORDER

    Upon consideration of Debtors-in-Possession's Motion to Close Chapter 11 Case

pursuant to 28 U.S.C. Section 1930(a)(6), it is hereby **ORDERED** that the above-captioned

Chapter 11 proceeding is closed.

Dated:  August 16, 2019                   By the Court,

                                          _____
                                          Henry W. Van Eck, Bankruptcy Judge (LS)