UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL E. AND DORA L. MARKLE

Case No.: 1:17-bk-02795HWV

Date of Confirmation: 11-21-2018

Reporting Period: 2nd Quarter 2019

## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

File with Court and submit copy to United States Trustee within 30 days after end of quarter

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Bank | Account Number | Document Attached |
|---|---|---|---|
| Bank Account Activity For: | | | |
| Account 1 | Wells Fargo | xxx806 | X |
| Account 2 | Members 1st | xxx165 | X |
| Account 3 | Members 1st | xxx528 | X |
| Account 4 | | | |
| Balance Sheet | | | |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Signature

8/25/19
Date

Michael E. Markle
Printed Name

_____
Signature

QRF Cover

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor. A SEPARATE PAGE MUST BE SUBMITTED FOR EACH BANK ACCOUNT.

Debtor's Name: **MICHAEL E. AND DORA L. MARKLE**  Bank: Wells Fargo

Case No.: 1:17-bk-02795HWV  Account Number: xxx8806

Date of Confirmation: 11-21-2018  Account Type: Checking

Reporting Period (quarter ended): 2nd Quarter 2019

| | |
|---|---|
| Beginning Cash Balance: | $ 16,009.51 |
| All receipts received by the debtor: | |
| Income: | $ 80,516.08 |
| Money In From Transfers: | $ - |
| Misc. Deposits/Income | $ - |
| Total of cash received: | $ 80,516.08 |
| Total of cash available: | $ 96,525.59 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - |
| All other disbursements made in the ordinary course: | $ 65,355.70 |
| Total Disbursements | $ 65,355.70 |
| Transfers Out | $ - |
| Ending Cash Balance: | $ 31,169.89 |

Bank Account 1

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor. A SEPARATE PAGE MUST BE SUBMITTED FOR EACH BANK ACCOUNT.

Debtor's Name: **MICHAEL E. AND DORA L. MARKLE**  Bank: **Members 1st**

Case No.: **1:17-bk-02795HWV**  Account Number: **xxx165**

Date of Confirmation: 11-21-2018  Account Type: **Savings**

Reporting Period (quarter ended): **2nd Quarter 2019**

| | |
|---|---|
| Beginning Cash Balance: | $ 5.00 |
| All receipts received by the debtor: | |
| Income: | $ - |
| Money In From Transfers: | $ - |
| Misc. Deposits/Income | $ - |
| Total of cash received: | $ - |
| Total of cash available: | $ 5.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - |
| All other disbursements made in the ordinary course: | $ - |
| Total Disbursements | $ - |
| Transfers Out | $ - |
| Ending Cash Balance: | $ 5.00 |

Bank Account 1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor. A SEPARATE PAGE MUST BE SUBMITTED FOR EACH BANK ACCOUNT.

Debtor's Name: **MICHAEL E. AND DORA L. MARKLE**　　Bank: Members 1st

Case No.: **1:17-bk-02795HWV**　　Account Number: xxx528

Date of Confirmation: 11-21-2018　　Account Type: Savings

Reporting Period (quarter ended): 2nd Quarter 2019

| | |
|---|---|
| Beginning Cash Balance: | $ 5.00 |
| All receipts received by the debtor: | |
| Income: | $ - |
| Money In From Transfers: | $ - |
| Misc. Deposits/Income | $ - |
| Total of cash received: | $ - |
| Total of cash available: | $ 5.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ - |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ - |
| All other disbursements made in the ordinary course: | $ - |
| Total Disbursements | $ - |
| Transfers Out | $ - |
| Ending Cash Balance: | $ 5.00 |

Bank Account 1